UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30111-MAP

| | |
|---|---|
| JOSE QUINONES,            Plaintiff | ) ) ) |
| vs. | ) ) |
| HOUSER BUICK,            Defendant | ) ) |

### DEFENDANT'S RULE 7.1(a) DISCLOSURE STATEMENT

I, John C. Sikorski, attorney for the Defendant, Houser Buick, state that there is no parent corporation or publicly-held corporation that owns ten (10%) percent or more of stock in Houser Buick.

Signed this 15th day of June, 2004.

By /s/ John C. Sikorski
John C. Sikorski, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  461970

### CERTIFICATE OF SERVICE

I, John C. Sikorski, Esq., hereby certify that on this 15th day of June, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Steven R. Weiner, Esq., 920 Main Street, Springfield, MA 01103.

Subscribed under the penalties of perjury.

/s/ John C. Sikorski
John C. Sikorski, Esq.

367923