UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30111-MAP

| | |
|---|---|
| JOSE QUINONES,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| HOUSER BUICK,<br>    Defendant | )<br>) |

### LOCAL RULE 16.1 JOINT STATEMENT CONTAINING PROPOSED PRE-TRIAL SCHEDULE PURSUANT TO NOTICE OF SCHEDULING CONFERENCE

In compliance with United District Court for the District of Massachusetts Local Rule 16.1(B), counsel for the plaintiff, Jose Quinones, and counsel for defendant, Houser Buick, have conferred for the purpose of preparing an agenda of matters to be discussed at the Scheduling Conference; preparing a Proposed Pre-Trial Schedule, including a discover plan; and considering the option of trying this case before a Magistrate Judge.

Pursuant to Local Rule 16.1(B)(3), the parties have discussed proceeding before a Magistrate Judge but have not as yet made a decision. Counsel will confer with their respective clients regarding trial before a Magistrate Judge and inform the Court at the Scheduling Conference regarding their decision on this issue. In addition, pursuant to Local Rule 16.1(C), the plaintiff served a written settlement proposal upon counsel for the defendant. Defendant's counsel has communicated the plaintiff's proposed settlement to his client and will be prepared to respond to the proposal at the Scheduling Conference.

370687

**LOCAL RULE 16.1(D) PROPOSED PRE-TRIAL SCHEDULE**

This action started with a Charge of Discrimination filed before the Massachusetts Commission Against Discrimination. The parties exchanged some information in that proceeding and agree that the information and documents obtained in said underlying case before the Massachusetts Commission Against Discrimination can be used, it had the effect in this case as if said documents and information were produced in the course of this federal action.

1. **Discovery Plan - Local Rule 16.1(D)(1).**

The parties propose a discovery plan as follows:

    a.   The parties shall complete their automatic disclosure by September 1, 2004.

    b.   All written discovery shall be served by November 1, 2004.

    c.   Plaintiff shall designate and disclose information regarding his trial experts as required by Fed. R. Civ. P. 26(a)(2) by November 1, 2004.

    d.   Defendant shall designate and disclose information regarding its trial experts as required by Fed. R. Civ. P. 26(a)(2) by February 2, 2005.

    e.   All depositions completed by May 6, 2005.

2. **Scheduling of Motions - Local Rule 16.1(D)(2).**

    a.   The parties agree that any Motions pursuant to Rules 12, 15, 19 and 20 be filed and heard by October 1, 2004.

    b.   The parties shall file all Motions under Fed. R. Civ. P. 56 or other dispositive motions, on or before March 4, 2005.

3. **Certification - Local Rule 16.1(D)(3).**

Pursuant to Local Rule 16.1(D) (3), each party and his or its respective counsel hereby certifies that they have conferred with a view to establishing a budget for the costs of conducting

370687

the full course - and various alternative courses - of this litigation.  In addition, the parties, and their respective counsel, have considered the resolution of this litigation through the use of Alternative Dispute Resolution programs.

| THE PLAINTIFF<br>JOSE QUINONES | THE DEFENDANT<br>HOUSER BUICK |
|---|---|
| By  */s/ Steven R. Weiner*<br>Steven R. Weiner, Esq., of<br>930 Main Street<br>Springfield, Massachusetts 01103<br>Phone (413) 781-1154<br>Fax: (413) 732 2946<br>BBO No.:  520090 | By  */s/ John C. Sikorski*<br>John C. Sikorski, Esq., of<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.:  461970 |
|  | HOUSER BUICK |
| */s/ Jose Quinones*<br>Jose Quinones | By  */s/ Philip Houser*<br>Its Authorized Representative |

370687