UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE QUINONES,           )
      Plaintiff     )
                    )
v.                        )     Civil Action No. 04-30111-KPN
                    )
                    )
HOUSER BUICK,             )
      Defendant     )

SCHEDULING ORDER
July 28, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by September 1, 2004.

2. All written discovery shall be served by October 1, 2004.

3. Non-expert depositions shall be completed by January 14, 2005.

4. Counsel shall appear for a case management conference on January 19, 2005, at 11:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

          /s/ Kenneth P. Neiman
          KENNETH P. NEIMAN
          U.S. Magistrate Judge