FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION                U.S. DISTRICT COURT

CIVIL ACTION NO.:  04-30111-KPN

| | | |
|---|---|---|
| JOSE QUINONES, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | PLAINTIFF'S MOTION TO ALLOW |
| | ] | HIM TO AMEND HIS DISCLOSURES |
| HOUSER BUICK, | ] | |
| | ] | |
| Defendant. | ] | |

        Now comes the Plaintiff and moves this Honorable Court allow him to amend his
Rule 26 Disclosures by adding two witnesses, which said witnesses were disclosed to the
Defendant herewith.

                                                The Plaintiff,
                                                Jose Quinones,
                                                By His Attorney,


Dated:     9.3.04

                                                _____
                                                Steven R. Weiner, Esquire
                                                BBO#  520090
                                                930 Main Street
                                                Springfield, MA  01103
                                                (413) 781-1154

## CERTIFICATE OF SERVICE

I, Steven R. Weiner, Esquire hereby certify that on this _____ day of September 2004 I caused a copy of the foregoing document to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to John C. Sikorski, Esquire, ROBINSON, DONOVAN, P.C., 1500 Main Street, Suite 1600, Springfield, MA  01115.

Steven R. Weiner, Esquire

**Steven R. Weiner, Esquire**
Attorney at Law
Springfield, MA