UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30111-KPN

| | |
|---|---|
| JOSE QUINONES, | ] |
| Plaintiff, | ] |
| vs. | ] PLAINTIFF'S SUPPLEMENTAL |
| | ] DISCLOSURE PURSUANT TO |
| HOUSER BUICK, | ] RULE 26 |
| Defendant. | ] |

Now comes the Plaintiff and makes additional disclosure pursuant to Rule 26:

1. Ishamel Lugo, address to be provided.

2. Norberto Rivera, address to be provided.

The above two persons will be called upon by the Plaintiff. The Plaintiff anticipates that Mr. O'Connor said to a customer in front of Mr. Norberto Rivera and Mr. Quinones "a Puerto Rican is here, you better go lock your car and take the keys out because they might steal it".

Dated: 9-3-04

The Plaintiff,
Jose Quinones,
By His Attorney,

Steven R. Weiner, Esquire
BBO# 520090
930 Main Street
Springfield, MA 01103
(413) 781-1154

Steven R. Weiner, Esquire
Attorney at Law
Springfield, MA

## CERTIFICATE OF SERVICE

I, Steven R. Weiner, Esquire hereby certify that on this 3rd day of September 2004 I caused a copy of the foregoing document to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to John C. Sikorski, Esquire, ROBINSON, DONOVAN, P.C., 1500 Main Street, Suite 1600, Springfield, MA 01115.

_____
Steven R. Weiner, Esquire