UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30111-KPN

JOSE QUINONES,  )
   Plaintiff  )
    )
vs.  )
    )
HOUSER BUICK,  )
   Defendant  )

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FED. R. CIV. P. 56(b)**

The defendant moves for Summary Judgment pursuant to Fed. R. Civ. P. 56(b) on the grounds that there are no genuine issues as to material fact and the defendant is entitled to judgment as a matter of law. In further support thereof, the defendant submits its Local Rule 56.1 Statement of Material Issues of Fact Not in Dispute which includes as Exhibit 2, the affidavit of its Collision Center Manager, Kevin O'Connor, as well as a Memorandum of Law.

THE DEFENDANT
HOUSER BUICK

By   /s/ John C. Sikorski
John C. Sikorski, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  461970

CERTIFICATE OF SERVICE

I, John C. Sikorski, Esq., hereby certify that on this 18th day of February, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Steven R. Weiner, Esq., 920 Main Street, Springfield, MA 01103.

Subscribed under the penalties of perjury.

/s/ John C. Sikorski
John C. Sikorski, Esq.

392523