EXHIBIT 1 part 1

1

1  UNITED STATES DISTRICT COURT

2  WESTERN MASSACHUSETTS DIVISION

3

4              No: 04-30111-KPN

5

6  JOSE QUINONES,
              Plaintiff
7  vs.

8  HOUSER BUICK
              Defendant

9

10

11           DEPOSITION OF:  JOSE QUINONES,

12  taken before ROXANNE C. COSTIGAN, Notary Public

13  Stenographer, pursuant to Rule 30 of the

14  Massachusetts Rules of Civil Procedure, at the

15  offices of ROBINSON DONOVAN, P.C., 1500 Main Street,

16  Suite 1600, Springfield, Massachusetts on October 4,

17  2004.

18

19

20  APPEARANCES:   (See Page 2)

21

22

23           Roxanne C. Costigan
             Registered Merit Reporter
24

**Accurate Court Reporting * 1500 Main Street
Springfield, MA  01115
413-747-1806**

```
 1      A.    Well, I told him that they had no respect
 2  for me, you know, they're saying racial comments next
 3  to me and I wasn't -- I didn't need to hear that.
 4  They can say whatever they want to as long as they're
 5  away from me.
 6      Q.    What was the racial comment that you
 7  heard?
 8      A.    They were talking about Puerto Ricans.
 9      Q.    What about Puerto Ricans did they say?
10      A.    Well, they were talking about Puerto
11  Ricans, how they're no good, how they're all thieves.
12      Q.    Who did you hear say --
13      A.    Wayne Barnes.
14      Q.    You heard Wayne Barnes say all Puerto
15  Ricans are thieves?
16      A.    Yes.
17      Q.    When did you hear that; when did you hear
18  that said, sir?
19      A.    Like I said before, I can't remember the
20  dates.
21      Q.    Who was Mr. Wayne Barnes talking to when
22  he said this?
23      A.    To Mark Barnes.
24      Q.    Is that his brother?
```

```
 1        A.    Yes, it is.
 2        Q.    What did you say about that?
 3        A.    I said nothing to them.  I went to the
 4  office.
 5        Q.    Who did you talk to in the office?
 6        A.    Mr. O'Connor.
 7        Q.    What did you say to Mr. O'Connor?
 8        A.    I explained to him the situation and I
 9  told him I didn't like it.
10        Q.    What specifically did you say to
11  Mr. O'Connor?
12        A.    I told him what they, what I heard them
13  talking about.
14        Q.    What specifically did you say to
15  Mr. O'Connor?
16        A.    I told him that these guys are talking
17  about racial things of hispanics next to me and that
18  I didn't want to hear it.
19        Q.    What did Mr. O'Connor say?
20        A.    Told me to mind my business.
21        Q.    So, you decided to leave Houser Buick on
22  a Monday, March 21st, is that --
23        A.    That's when I gave my notice.
24        Q.    Then March 25th was the first time you
```

1   tried to talk to Mr. Houser?

2   A.   That was the Friday I quit.

3   Q.   Did you try to talk to Mr. Houser at any

4   time before March 21st, say in the three months

5   before March 21st, did you try to talk to Mr. Houser

6   about conditions at --

7   A.   No, I did not.

8   Q.   -- the body shop between March 21st and

9   March 25th, did you try to talk to Mr. Houser?

10   A.   No, I did not.

11   Q.   What day did you start at your new job?

12   A.   Well, I left Houser, I believe it was 22

13   or 23.  The following Monday, I started working.

14   Q.   When did you arrange your new job?

15   A.   I didn't arrange it.  I quit Houser.  I

16   gave them my notice and I went looking for a job, and

17   the first place I went, I got hired.

18   Q.   Did you have any conversations with your

19   new employer at any time before you left Houser

20   Buick?

21   A.   No, I did not.

22   Q.   When's the last time you talked to Billy

23   Metcalf?

24   A.   Five, six months ago.

1  Q. On those 100 times, did you ever talk to
2  him about racial comments?
3  A. No, I did not.
4  Q. So, you had 100 opportunities to talk to
5  Mr. Houser?
6  A. Yes.
7  Q. And you didn't do that?
8  A. Correct.
9  Q. Had you ever filed a charge of
10 discrimination at the MCAD before?
11 A. Right before I hired Steven.
12 Q. Other than filing a charge of
13 discrimination against Houser Buick, have you ever
14 filed a charge of discrimination against another
15 employer?
16 A. No, I have not.
17 Q. Have you ever assisted anyone in doing
18 so?
19 A. No, I have not.
20 Q. What individuals associated with Houser
21 Buick do you believe are racists?
22 A. I'm sorry? Could you say the question
23 again?
24 Q. Well, you claim that you have been

16

1   treated -- strike that.
2           You claim you've been discriminated
3   against on the basis of your national origin,
4   correct?
5       A.  Yup.
6       Q.  What individuals at Houser Buick have
7   discriminated against you on the basis of your
8   national origin?
9       A.  Mr. O'Connor.
10      Q.  Anybody else?
11      A.  No.
12      Q.  How many times have you worked at Houser
13  Buick?
14      A.  Three times.
15      Q.  Who was your boss all three times?
16      A.  Mr. O'Connor.
17      Q.  If you just go back when was the first
18  time you worked at Houser Buick?
19      A.  I believe '90. '89, '90.
20      Q.  By the way, has Mr. O'Connor ever been to
21  your house?
22      A.  Uninvited, yes.
23      Q.  How many times has he been to your house
24  uninvited?

17

| | | |
|---|---|---|
| 1 | A. | Twice. |
| 2 | Q. | On what occasions was he at your house? |
| 3 | A. | What occasions? |
| 4 | Q. | Yes. |
| 5 | A. | Could you rephrase that? |
| 6 | Q. | Sure. Why was he at your house? |
| 7 | A. | Social. |
| 8 | Q. | What was the occasion for him to be there on a social occasion? |
| 10 | A. | We were having some beer, drinking beer. |
| 11 | Q. | How did he come over to your house, was there an occasion? |
| 13 | A. | No. He just knew that every day after work I go to my house and have a few beers. He knew my routine. |
| 16 | Q. | Would you in fact every day go home and have a few beers after work? |
| 18 | A. | Of course. |
| 19 | Q. | Did he come over just after work a couple days? |
| 21 | A. | He went to my house twice. |
| 22 | Q. | The first time, did you tell him to leave? |
| 24 | A. | No, I did not. |

18

```
 1          Q.     The second time, did you tell him to
 2   leave?
 3          A.     No, I did not.
 4          Q.     Did you ever tell him he was unwanted at
 5   your house?
 6          A.     No, I did not.
 7          Q.     Do you have a nephew?
 8          A.     Yes, I do.
 9          Q.     Mr. Rodriguez?
10          A.     Yes, sir.
11          Q.     Did Mr. O'Connor hire Mr. Rodriguez?
12          A.     Yes, he did.
13          Q.     Did you ask him to?
14          A.     I cannot remember that.
15          Q.     Were you pleased that he did so?
16          A.     Not really.
17          Q.     Did you want your cousin to have a job?
18          A.     Of course.
19          Q.     In February, 2003, did you go to a car
20   show with Mr. O'Connor?
21          A.     Yes, I did.
22          Q.     Where was that?
23          A.     Frank Maratta show in Connecticut Expo
24   Center.
```

```
 1    Q.   Did your daughter go along?
 2    A.   Yes, she did.
 3    Q.   How old is your daughter?
 4    A.   Right now, she's eleven years old.
 5    Q.   Who paid for those tickets?
 6    A.   We did.
 7    Q.   Did you have a good time at that?
 8    A.   Yes, I did.
 9    Q.   Did you ever go to a Winston Cup Nascar
10  Race in Loudon, New Hampshire?
11    A.   Yes, I did.
12    Q.   Did you ever go with Mr. O'Connor?
13    A.   That once.
14    Q.   When was that?
15    A.   I can't remember the date.  There might
16  be a file on that date.
17    Q.   Who paid for those -- for that?
18    A.   The tickets were -- how would you say
19  that?  Trying to figure the word.  They were given to
20  Mr. O'Connor.
21    Q.   He chose to take you along to the Winston
22  Cup Nascar Race?
23    A.   Yes, he did.
24    Q.   Who drove?
```

20

1    A.    He did.

2    Q.    Did you have a good time?

3    A.    Yes, I did.

4    Q.    Do you have a son?

5    A.    Yes, I do.

6    Q.    Is he about sixteen now?

7    A.    He is seventeen years old right now.

8    Q.    Is he interested in cars?

9    A.    Yes, he is.

10    Q.    Did he ever work on Saturdays with you

11 down at the body shop?

12    A.    Couple Saturdays.

13    Q.    Did Mr. O'Connor allow that?

14    A.    Yeah.

15    Q.    So, is it your contention that

16 Mr. O'Connor has been biased against you on the basis

17 of your national origin since the time you first

18 worked at Houser Buick?

19    A.    Yes, I do.

20    Q.    You first started working at Houser Buick

21 around February 27, 1990, correct?

22    A.    Correct.

23    Q.    And terminated -- he terminated you on

24 August 2nd, 1991, correct?

Accurate Court Reporting * 1500 Main Street
Springfield, MA  01115
413-747-1806

1       A.      That's correct.

2       Q.      That was for excessive tardiness and
3   absenteeism, correct?

4       A.      He breached our verbal agreement,
5   correct.

6       Q.      There was an agreement that you could,
7   what, come in late because of child care?

8       A.      Yes, there is.

9       Q.      During that first period of time you
10  worked there, you and he would shout at each other,
11  wouldn't you?

12      A.      I had to defend myself, yes.

13      Q.      So, there was some raised voices back and
14  forth during that period of time, correct?

15      A.      Yes, there was.

16      Q.      Eventually, you contested the denial of
17  unemployment and you got unemployment?

18      A.      That's correct.

19      Q.      And there was a hearing and you
20  testified, correct?

21      A.      That's correct.

22      Q.      You came back to work a second time, did
23  you not, for Houser?

24      A.      That's correct.

```
1    Q.    That was September 23, 1993?
2    A.    That's correct.
3    Q.    To about Christmas, 1995, correct?
4    A.    Yes, sir.
5    Q.    What did you do in those two years
6    between that time?
7    A.    I was unemployed.
8    Q.    When you came back to Houser, was
9    Mr. O'Connor still your boss?
10   A.    Yes, he was.
11   Q.    Did you understand, know and understand
12   that you were going to work for a boss that
13   discriminated against you?
14   A.    Yes, I did.
15   Q.    During the second time you worked there,
16   September 23, 1993, to December 23, 1995, did
17   Mr. O'Connor discriminate against you on the basis of
18   your national origin?
19   A.    All the time.
20   Q.    How did he do that?
21   A.    The same as he did always.
22   Q.    And what's that?
23   A.    Always commented on hispanics, meaning
24   they're young, the young hispanic males should all
```

1  join the military, and why do hispanics always on
2  welfare.
3      Q.    Let's break that down.  During the period
4  of time, September 23, 1993, to December 23, 1995,
5  did you hear Mr. O'Connor make comments about
6  hispanic employees?
7      A.    Yes, I did.
8      Q.    Hispanic employees, what hispanic
9  employees did you hear him make comments about in
10 relation to their national origin?
11     A.    I cannot remember their names, there was
12 so many that worked there.
13     Q.    Did you view any of the comments that
14 Mr. O'Connor made about hispanics during that period
15 of time, September 23, 1993, to December 23, 1995, as
16 hostile or offensive comments?
17     A.    I wouldn't say hostile.  Offensive, yes.
18     Q.    What were the comments that you found to
19 be offensive?
20     A.    Well, if somebody -- if a hispanic person
21 did something wrong, he would come out and call them,
22 are you stupid?  Don't you know anything?  Where in
23 other -- if it was a white employee, he wouldn't talk
24 to them like that.

1     A.    No, I did not.

2     Q.    Do you consider Phil Houser to be an
3 approachable guy?

4     A.    Not really.

5     Q.    Do you find him to be intimidating?

6     A.    No.

7     Q.    December 23, 1995, you left Houser Buick,
8 where did you go to work?

9     A.    I believe I worked at Joe Bean's Auto
10 Body.

11     Q.    Where is that?

12     A.    St. James.

13     Q.    How long did you work there?

14     A.    I believe two years.

15     Q.    What did you do after that period of
16 employment?

17     A.    I believe I was unemployed again.

18     Q.    For how long were you unemployed?

19     A.    Couple years.

20     Q.    Did you get any jobs under the table or
21 side jobs or anything like that?

22     A.    I did a couple side jobs.

23     Q.    In those two years, how did you support
24 your family?

| | | |
|---|---|---|
| 1 | A. | It was difficult. I'm glad my wife has a job too. |
| 3 | Q. | Where does your wife work? |
| 4 | A. | She works at Milton Bradley. |
| 5 | Q. | You applied again to Houser Buick and started there on March 25, 1999, correct? |
| 7 | A. | That's correct. |
| 8 | Q. | You worked there for four years, correct? |
| 9 | A. | That's correct. |
| 10 | Q. | Who hired you the last time? |
| 11 | A. | Mr. O'Connor. |
| 12 | Q. | Did you understand that you were going to work for Mr. O'Connor? |
| 14 | A. | Yes, I did. |
| 15 | Q. | From the time you started the third time, March 25, 1999, when was the first time that you complained about offensive comments on the basis of your national origin? |
| 19 | A. | I'd say about three, four months after. |
| 20 | Q. | You didn't complain any time thereafter, complained that one time? |
| 22 | A. | No. That was almost a weekly thing. |
| 23 | Q. | That you would complain? |
| 24 | A. | Yes, I would. |

1   Q.   Who did you complain to?
2   A.   Mr. O'Connor.
3   Q.   So, for three and a half or four years,
4   you complained to Mr. O'Connor, he didn't do
5   anything?
6   A.   That's correct.
7   Q.   You went -- but you went to Mr. Houser
8   once?
9   A.   Once.
10  Q.   That was three or four months after you
11  started?
12  A.   No. Not to go see Phil Houser.
13  Q.   When did you go see Phil Houser?
14  A.   The week I quit, four years later.
15  Q.   But after, when was the time that you
16  went to Phil Houser before that?
17  A.   I didn't.
18  Q.   So just so I'm clear, during the
19  four years that you worked for Houser Buick, the last
20  time, you never went to see Mr. Houser about an
21  environment that you felt was discriminatory?
22  A.   No.
23  Q.   Why not?
24  A.   Rumors, other employees that had quit

```
 1   jobs on Saturdays?
 2        A.    Once or twice.
 3        Q.    When you had your son down there, what
 4   were you doing?
 5        A.    Probably working on my own car.
 6        Q.    That's different from a side job?
 7        A.    Yes.
 8        Q.    Did Mr. O'Connor let you work on your car
 9   using Houser Buick tools?
10        A.    I used my own tools.
11        Q.    You used your own tools but you used the
12   facility there on Saturdays?
13        A.    Yes, I did.
14        Q.    While you were at Houser Buick, you would
15   help other people out often, wouldn't you?
16        A.    On the job, yes.
17        Q.    Yes, you helped Billy Metcalf out a lot,
18   right?
19        A.    Not just him.
20        Q.    But you did help Billy Metcalf out,
21   right?
22        A.    Yes, I did.
23        Q.    Did you ever think Billy Metcalf took
24   advantage of you?
```

```
 1          A.      Yes.
 2          Q.      During the last time you were there, what
 3   was your job, what were your job duties?
 4          A.      My last job tenure with Houser Buick, I
 5   was a body man.
 6          Q.      When did you start being a body man?
 7          A.      As soon as I got hired there.
 8          Q.      On March 25th?
 9          A.      Yes, sir.
10          Q.      What was your skill level when you first
11   started there the last time?
12          A.      Excellent.
13          Q.      Could you repair a heavily damaged car
14   properly when you first started there on March 25,
15   1999?
16          A.      Yes, I could.
17          Q.      Did Houser Buick send you to frame
18   school?
19          A.      Yes, they did.
20          Q.      Where was that?
21          A.      November of '99, I believe.
22          Q.      Where was that, sir?
23          A.      Lombard in Mendon, Mass.
24          Q.      How long did that last?
```

| | | |
|---|---|---|
| 1 | A. | No. |
| 2 | Q. | So, his brother was incompetent but Wayne |
| 3 | Barnes was competent? | |
| 4 | A. | That's correct. |
| 5 | Q. | How would you rate Wayne Barnes' skills |
| 6 | as a body man? | |
| 7 | A. | He was fast. |
| 8 | Q. | What do you mean by he was fast? |
| 9 | A. | He would get work done quick. |
| 10 | Q. | Currently, are you married? |
| 11 | A. | Yes, I am. |
| 12 | Q. | Have you been married for a while? |
| 13 | A. | Nineteen years. |
| 14 | Q. | You filed a charge of discrimination, did |
| 15 | you not, with The Mass. Commission Against | |
| 16 | Discrimination before you filed your lawsuit, | |
| 17 | correct? | |
| 18 | A. | Yes, I did. |
| 19 | | MR. SIKORSKI: I'd like to have this |
| 20 | | marked as Exhibit 2. |
| 21 | | (Exhibit 2, marked) |
| 22 | Q. | (By Mr. Sikorski) Have you had a chance |
| 23 | to review Exhibit 2, sir? | |
| 24 | A. | Yes, I have. |

| | | |
|---|---|---|
| 1 | A. | No, they did not. |
| 2 | Q. | Has anybody ever made that comment to |
| 3 | you, that you are a white man in a Puerto Rican's |
| 4 | body? |
| 5 | A. | No, they haven't. |
| 6 | Q. | When you worked at Houser Buick the last |
| 7 | time, were there two different ways that a body man |
| 8 | could get paid? |
| 9 | A. | Hourly and flat rate. |
| 10 | Q. | Explain to me what an hourly rate is. |
| 11 | A. | Hourly rate is you get paid by the hour. |
| 12 | Q. | Did you start out working on an hourly |
| 13 | basis? |
| 14 | A. | Yes, I did. |
| 15 | Q. | Did you change at some point? |
| 16 | A. | Yes, I did. |
| 17 | Q. | Why was the change made? |
| 18 | A. | Why was the change made? |
| 19 | Q. | Yes. |
| 20 | A. | So that I could make more money. |
| 21 | Q. | Who requested that -- |
| 22 | A. | I did. |
| 23 | Q. | -- change? |
| 24 | A. | I did. |