Exhibit 3

1

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2

 3                              C.A. No. 0430111 KPN

 4

 5   JOSE QUINONES              )
              Plaintiff         )
 6   v.                         )
                                )
 7   HOUSER BUICK               )
              Defendant         )
 8

 9

10

11            DEPOSITION OF:  JEREMY M. LADUKE taken

12   before Jessica R. Stasio, Notary Public-Stenographer,

13   pursuant to Rule 30 of the Massachusetts Rules of

14   Civil Procedure, at the law offices of STEVEN R.

15   WEINER, 930 Main Street, Springfield, Massachusetts

16   on January 11, 2005.

17

18

19   Appearances: (see page 2)

20


21

22            Jessica R. Stasio
          Registered Professional Reporter
23

24
              ACCURATE COURT REPORTING
             1500 Main Street, Suite 1412
                Springfield, MA 01115
                    413-747-1806
```

| | | |
|---|---|---|
| 1 | Q. | Okay. Was some of your job supervising the auto body technicians? |
| 2 | | |
| 3 | A. | All of my job. |
| 4 | Q. | Okay. Is it fair to say that you had, although not had experience or training doing the work yourself -- |
| 5 | | |
| 6 | | |
| 7 | A. | Correct. |
| 8 | Q. | -- that you had the experience, the experience in seeing the work done? |
| 9 | | |
| 10 | A. | Yes. |
| 11 | Q. | Okay. Were you able to make an opinion as to Mr. Nino Quinones' work at Houser Buick as to his work as a body technician? |
| 12 | | |
| 13 | | |
| 14 | A. | Yes. |
| 15 | Q. | What was your opinion of his work? |
| 16 | A. | Very good, very slow. Um, -- |
| 17 | Q. | Was he paid flat or was he paid hourly? |
| 18 | A. | Flat rate. |
| 19 | Q. | At some point in time did you have the opportunity to hear Mr. Quinones complaining about his treatment by Mr. O'Connor? |
| 20 | | |
| 21 | | |
| 22 | A. | It was kind of an ongoing joke. And it was always a joke. Um, it was never racial type jokes, there was always badgering going on between |
| 23 | | |
| 24 | | |

1  all -- everybody in that place. Um, you know,
2  badgering me because I'm taking too long on the
3  paperwork; badgering Nino because he takes too long
4  to fix a car; you know, badgering Wayne because he
5  goes too fast and we're all trying to keep up with
6  him. It was just a constant, you know, I call it
7  schoolyard type thing, but that was the
8  environment. Never really heard anything that was
9  taken -- I can honestly say nothing was ever taken
10 to heart, nothing was ever actually derogatory
11 between Kevin and really any of the employees. Um,
12 that was just his demeanor and his personality was
13 that kind of joking around, um, personality with
14 everybody. At least by the time I was there, it
15 never really seemed to get out of hand.
16    Q. Okay. Well, the joking that didn't get
17 out of hand, can you tell me what was said by Kevin
18 O'Connor that was in the nature of joking to
19 Mr. Quinones?
20    A. He would pick on him for -- joking with
21 him, however you want to word it, for being slow as
22 far as his work, his work goes; um, for not
23 concentrating on his paperwork; um, not reading what
24 he's doing before he does it; um, not looking at the

1    hours on the job before he starts the work and then

2    having to try and go back and backtrack. For

3    instance, one of our rules of thumb when you are

4    flat rate, as a flat rate tech is you always ask for

5    double what it's going to take you. So if you're --

6    and I took Nino under my wing. Probably within the

7    first four months of me being there I realized that

8    he had the potential to make money, and I just

9    didn't think that he'd ever been either trained or

10    somebody -- nobody ever sat down with him and said

11    this is how we can make you some money. So I took

12    him under my wing and said, look it, this is what we

13    are going to do. If you want two hours, if you

14    think this dent's going to take you two hours, you

15    ask for four, because you need to make money.

16    That's how you make money as a flat rate tech. You

17    have to do the job faster than what it's going to

18    take you. If you say you want two hours and it

19    takes you two hours, you didn't make any money,

20    because flat rate technician versus a lower pay

21    scale, the way they make money is by producing over

22    producing hours. That is how you make money in the

23    flat rate system. It's piecework. And I tried and

24    tried and tried to tell him that you need to

1	concentrate on your paperwork.  All of the money is
2	made with the pen.  I, I've proven to him time and
3	time again that I can make more money with a pen
4	that he can with every tool in his tool box, and he
5	just had a really hard time gripping that.  But, um,
6	he was an awesome guy.  His quality was always there
7	at the end of the job, just the time to do the job
8	was long.
9	     Q.   You educated or attempted to educate
10	Mr. Quinones; is that correct?
11	     A.   Correct.  Yep.
12	     Q.   Did Mr. Barnes, Wayne Barnes, --
13	     A.   Um-hum.
14	     Q.   -- appear to have that education imparted
15	to him already when you got there?
16	     A.   Yes.
17	     Q.   Do you know how he came to have that
18	education?
19	     A.   Um, I call it growing up in the industry,
20	in the flat rate.  I'm currently manager of a shop
21	of ten or so employees, and I can tell you the
22	employees just within the first day of talking to
23	them if they've come from an hourly shop or if
24	they've come from in a flat rate shop.  The

19

1   mentality, the way they approach a job, everything
2   is completely different.  Um, the way we always work
3   is if you're hourly in our industry, your only
4   incentive to work is to show up.  You get paid
5   whether you do anything or you just stand there.
6   You know, if you, if you bang out five cars that
7   week or you're just standing there, you're getting
8   paid the same.  Flat rate you have a carrot hanging
9   in front of you.  There is a carrot driving you to
10  make money.  And you can tell, like I said, within
11  the first day if somebody came from a, was brought
12  up in a flat rate environment or they were brought
13  up in a hourly environment.  Because if you try to
14  take somebody that was brought up in a hourly
15  environment and put them in a flat rate environment,
16  nine times out of ten they won't make it.  They
17  won't make it.  The whole mind set is completely
18  different.
19      Q.   Was it apparent to you at the point in
20  time when you worked at Houser Collision here on
21  East Columbus --
22      A.   Um-hum.
23      Q.   -- that Wayne Barnes was a capable flat
24  rate employee?

ACCURATE COURT REPORTING
1500 Main Street, Suite 1412
Springfield, MA 01115
413-747-1806

20

1      A.   Oh, yes.

2      Q.   When did Wayne Barnes, if you know, pick

3  up this knowledge, was it -- and whom was it

4  through, was it through Kevin O'Connor?

5      A.   No.

6      Q.   Okay.  Where did Mr. Barnes come to have

7  this knowledge?

8      A.   I believe when he worked at, it was either

9  Balise or Body Works Unlimited.  I know he worked at

10 them two prior to -- Body Works Unlimited is in East

11 Longmeadow, and I -- he worked at -- there's two

12 Balise centers.  I don't know which one he worked

13 at.  But, yes, he was already well -- he already had

14 all the flat rate system down by the time I got

15 there.  You could already tell that he was up and

16 running.

17     Q.   And so the flat rate system requires an

18 employee to be production-oriented?

19     A.   Oh, very.  Very.  Very.

20     Q.   Did you have a meeting with Terry Maille

21 and Jose Quinones at which Mr. Quinones complained

22 about remarks by Mr. O'Connor?

23     A.   Again, a lot of -- I could have.  I can't

24 say 100 percent, because we had a lot of meetings

21

1    when he was around about him about Wayne, about

2    Mark, about the whole shop, about Nino hated working

3    there some days, loved working there other days.

4    You know, just was one of them ongoing hate it, I

5    love it, I hate it, I love it. So I can't honestly

6    say that there is any one meeting that stands out in

7    my mind that I can say, yeah, I remember us talking

8    about how he hated working there.

9         Q.   Okay. Did he ever mention to you that he

10   did not appreciate Mr. O'Connor's racist remarks?

11        A.   Never. Never. Never.

12        Q.   Was Phil Houser with any frequency at the

13   body shop, at the collision center --

14        A.   At least once a week.

15        Q.   Once a week?

16        A.   Maybe once every two weeks unless he was

17   on vacation.

18        Q.   What did he do when he was there?

19        A.   He would walk in, walk through, wave to

20   the guys, come into the office, ask to speak to

21   Kevin, take Kevin outside, talk to Kevin, and then

22   he would go back to his office. But he had an

23   open-door policy, also. They're only, his office is

24   only three blocks up the street, and he would listen

ACCURATE COURT REPORTING
1500 Main Street, Suite 1412
Springfield, MA 01115
413-747-1806

21

1    when he was around about him about Wayne, about

2    Mark, about the whole shop, about Nino hated working

3    there some days, loved working there other days.

4    You know, just was one of them ongoing hate it, I

5    love it, I hate it, I love it. So I can't honestly

6    say that there is any one meeting that stands out in

7    my mind that I can say, yeah, I remember us talking

8    about how he hated working there.

9         Q.   Okay. Did he ever mention to you that he

10   did not appreciate Mr. O'Connor's racist remarks?

11        A.   Never. Never. Never.

12        Q.   Was Phil Houser with any frequency at the

13   body shop, at the collision center --

14        A.   At least once a week.

15        Q.   Once a week?

16        A.   Maybe once every two weeks unless he was

17   on vacation.

18        Q.   What did he do when he was there?

19        A.   He would walk in, walk through, wave to

20   the guys, come into the office, ask to speak to

21   Kevin, take Kevin outside, talk to Kevin, and then

22   he would go back to his office. But he had an

23   open-door policy, also. They're only, his office is

24   only three blocks up the street, and he would listen

ACCURATE COURT REPORTING
1500 Main Street, Suite 1412
Springfield, MA 01115
413-747-1806

1    to anybody if you wanted to go up and talk to him.
2    I had some issues that had to do with the way the
3    business was being run, I went up and had a
4    conversation with him about it.  Um, I know that
5    Wayne had some issues with Kevin on -- I don't
6    remember what it was now.  He went up and had
7    conversation with Mr. Houser with no problems and
8    Mr. Houser would address them.  I remember that that
9    was one of the big, one of the bigger feuds I
10   remember towards my end there was Wayne went to
11   Mr. Houser and complained, and I don't remember what
12   he complained about, went up and complained, and the
13   next day Mr. Houser was down at the shop and called
14   Kevin and said we are going to my office to have a
15   meeting.  And I don't know what the end result was.
16   I don't remember at this point.  But he did have an
17   open-door policy.  So, you know, like I said, I
18   personally went, Wayne had gone.  Um, I can't speak
19   for anybody else.  I don't remember anybody else
20   going up there, but it was something that he made
21   openly clear.  At any given time you could go up
22   there and talk to him if you had any issues
23   whatsoever.
24        Q.    Did you ever hear Kevin tell Nino you are