```
 1                  UNITED STATES DISTRICT COURT

 2                   DISTRICT OF MASSACHUSETTS

 3
                              No. 04-30111-KPN
 4

 5
     JOSE QUINONES
 6                       Plaintiff
     vs.
 7
     HOUSER BUICK
 8                       Defendant

 9

10

11           DEPOSITION OF:  ANGEL DELRIO, taken

12   before ROXANNE C. COSTIGAN, Notary Public

13   Stenographer, pursuant to Rule 30 of the

14   Massachusetts Rules of Civil Procedure, at the law

15   offices of ROBINSON DONOVAN, P.C., 1500 Main Street,

16   Suite 1600, Springfield, Massachusetts on January 10,

17   2005.

18

19

20   APPEARANCES:   (See Page 2)

21

22

23

24                           Roxanne C. Costigan
                             Registered Merit Reporter
```

Accurate Court Reporting * 1500 Main Street
Springfield, MA  01115
413-747-1806

1    making money.  If you're not, you're not.
2        Q.    So, you think flat rate can often lead to
3    misunderstandings between employers and employees?
4        A.    Yes.
5        Q.    Do you know Wayne Barnes?
6        A.    No.
7        Q.    Do you know Jerry Leduc of Curry Honda?
8        A.    I don't know him personally.  My brother
9    probably knows him.  I don't know him personally.
10   Like I said, I only been doing it for two years.
11       Q.    Before your brother brought in
12   Mr. Quinones, he hadn't called you or anything like
13   that beforehand?
14       A.    No.  There was no warning, no -- it was
15   like he walked in with him.
16       Q.    Is it fairly easy for an experienced body
17   man to be able to get work fairly easily in this
18   area?
19       A.    Yeah.  If he's -- if he's actually, like
20   I said, they only last six months to a year, you're
21   not going to go two, three, four, five years with a
22   company if you're no good.  It just doesn't happen.
23   You lose money.
24       Q.    So, if somebody had worked say two or