Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30111-KPN

JOSE QUINONES,           ]
                         ]
    Plaintiff,           ]
                         ]
vs.                      ]   PLAINTIFF'S ANSWERS TO THE
                         ]   DEFENDANT'S INTERROGATORIES
HOUSER BUICK,            ]
                         ]
    Defendant.           ]

1. Please identify yourself fully, giving your full name, age, residence, business address and occupation.

**ANSWER:**

My name is Jose A. Quinones. I was born on January 15, 1967. I live at 122 Moreland Street in Springfield, Massachusetts. I am an auto body repair technician. I currently work. I am an employee of St. James Custom Auto Body located at 508 St. James Avenue, Springfield, Massachusetts.

2. Please give an account, itemized as fully and as carefully as you can, of all losses, damages and expenses which you claim were incurred by you as a result of the allegations alleged in your Complaint, stating in your answer those losses or expenses which are attributable to a loss of earning capacity, if any.

**ANSWER:**

My account will include a review that I am currently making of all of the documents which I have previously instructed my attorney to turn over to the attorney for the Defendant in this case. Anecdotally I have attached to the answers to these interrogatories estimates numbered 15007 dated March 4, 2002 and estimate 16467 dated March 24, 2003. These two estimates prove anecdotally what I will gather and review and prove empirically that I lost.

On job number 15007, Mr. O'Connor estimated the body work incorrectly. I should have been paid for the items that are listed as "Incl" on page one of the estimate. I replaced various parts including a bumper cover, a reinforcement, the bumper cover filler, the energy absorber, the LT side bracket, the LT stay, the LT slider, the LT stay screw, the grill assembly outback, the grill assembly bracket, the ornament, the front lamps including the head assembly and the fog lamp assembly, the vacuum diagram auto trans, the catalyst, 25VXGFFEB, the AC label, the condenser, the lock, the LT side panel, upper tie bar, radiator assembly auto trans, shroud, and I was not paid for this. If you look at the refinished labor, the hours toward the painter received credit for work that I did at Houser Buick and in any body shop, the painters paint the car, the auto body technicians repair the actual physical members of the car. In this instance, as well as many others, my hours were stolen from me and credited to the painter. In this case I understand the hours credited were to Mark Barnes. The estimate on job number 15007 indicates that I had been robbed of approximately ten hours which were credited to the painter which he did not do. The painter, Mr. Barnes is a Caucasian. I am Hispanic. On job number 16467, the inclusion of work that was then placed to the credit of the finished labor, proves once again that the painter was paid for approximately 6.2 hours, was transferred from my work to the painters work on job 16467. My estimation is that upon completion of my review and accounting is that I will find approximately Thirty Thousand and 00/100 ($30,000.00) Dollars per year for four years of work which I was done out of because I was on a flat rate basis and I was not paid the appropriate amount of hours for each job that the book required that I be paid. I will need prior to the completion of my audit and accounting to receive the estimate for each and every job that I did for Houser Buick.

I understand my attorney has requested these documents to be produced.

3. Please state the names and addresses of each witness or person having knowledge of the allegations in your Complaint.

**ANSWER:**

Kevin O'Connor, employee at Houser Buick, Springfield, Massachusetts.
Bill Metcalf, Hampden Dodge, State Street, Springfield, Massachusetts.
Phil Houser, Houser Buick, Springfield, Massachusetts.
Nelson Rodriguez, Chicopee, Massachusetts.
Mark Barnes, Houser Buick, Springfield, Massachusetts.
Jeremy Leduc, Curry Honda, Memorial Drive, Chicopee, Massachusetts.
Terry Maylay, Houser Buick, Springfield, Massachusetts.
Myself.
Wayne Barnes, I understand he is employed in the body shop in Holyoke, Massachusetts. I intend upon asking Mr. O'Connor whether he knows which body shop Mr. Barnes works at.

Johnny _____. I do not know Johnny's last name. I know people who know his last name, and I will seek to identify him through this method of my asking and through discovery addressed to Houser Buick.

4. If there is any person that you expect to call as an expert witness (including expert medical witnesses) at the time of trial, please state in detail as to each such person:

   (a) The person's identity, giving name, profession or occupation and address;
   (b) The subject matter on which the person is expected to testify;
   (c) The substance of the facts and opinions to which the person is expected to testify;
   (d) A summary of the grounds of each opinion.

**ANSWER:**

I do not anticipate calling any expert witnesses.

5. Please list, in exact detail, each and every discriminatory act, which you allege in paragraph 7 of your Amended Complaint, which took place on or about March 23, 1999 to March 22, 2003.

**ANSWER:**

The discriminatory acts were of six different natures and they happened throughout all of my employments with Houser Buick both during the last tenor of employment I had at Houser Buick together with any other times I had worked at Houser Buick. The six areas of discrimination are as follows:

Comments.

Treatment of guests.

Hours paid.

Scrutiny.

Difference between myself and Wayne Barnes.

Blame placed on persons for mistakes.

First, **Comments**. I was treated unfairly in the method I was spoken to. Mr. O'Connor frequently called me a Puerto Rican. He insulted my heritage by saying that I was "a white man in a Puerto Rican's body". He made so many off color and rude comments throughout the process of my employment that the prior statements are merely anecdotal. They were followed by numerous racial epithets.

Second, **Treatment of Guests**. If any Hispanic gentlemen who were auto body technicians came to visit me, they were told that "the police would be called" "that we should search you" and they were told to empty their pockets. White employees who had white friends of theirs in the auto body trade were allowed in and welcomed graciously, with open arms.

Third, **Hours Paid**. I was paid on a flat rate basis. What this means is that there was an estimate that would assign a certain number of hours for each job to be completed within. While I was efficient and frequently completed the job in less hours than the book allowed, I was under paid and paid some times for even less hours than I had actually worked on the job. I was not under almost any job that I performed work upon, paid the number of hours in the estamate. I had previously answered my Interrogatories anecdotally on two separate appraise jobs that my hours were transferred to the painter Mr. Barnes whose work was not competently done.

Fourth, **Scrutiny.** I was placed under greater scrutiny than white employees. In several instances, I noticed that Mr. Barnes' inept painting had resulted in the product of the finished motor vehicle looking terrible. I remember Mr. O'Connor yelling at and berating Hispanic employees who were buffers instead of bringing the job back to Mr. Barnes and telling him to stop painting cars in an inept fashion. My work was done well, and I remember on one particular occasion a woman bringing a car into the shop where a plastic part fell off of the trunk. I was screamed at in front of the customer by Mr. O'Connor. I explained to the lady that the piece was put on by the factory to just hold itself on without a clip or screw or other device and that she understood this. I was screamed at on many occasions for a number of jobs which I did properly, appropriately and in a work person like fashion. Mr. O'Connor tried to get into my head that "I was not a competent employee". He, when I asked him why did he not compliment me upon the professional work that I had done, he said to me "I want to make sure that you feel uncomfortable about your work".

Fifth, **Difference Between Myself and Wayne Barnes**. Mr. Wayne Barnes was paid approximately Seventy Thousand and 00/100 ($70,000.00) Dollars per year and was incompetent. He would frequently brag to other people and show us regular pay checks where he was making far more than he earned. My pay checks varied greatly whereas Mr. Barnes who was paid on flat rate but the numbers were manipulated so that he received consistent payments whereas I was paid less than the flat rate that I earned. I worked longer weeks than Mr. Barnes, and I was not paid fairly. Mr. Barnes was also allowed to intimidate me by speaking to me in an assaultive manner putting his finger in

my face and yelling at me. Mr. O'Connor observed this as did Jeremy Leduc. Neither Mr. O'Connor nor anyone whom I complained to responded to this in an appropriate manner by either disciplining Mr. Barnes or by having a meeting supervised by the manager to alleviate any further intimidation or animosity by Mr. Barnes towards me.

Sixth, **Blame Placed on Persons for Mistakes**. My Barnes also did incompetent work. There were with outstanding frequency drip marks throughout the paint jobs and other poor quality work. All of the buffers were Hispanics and they were all screamed at when the customers complained about the poor workmanship on the paint jobs.

6. Please list, in exact detail, each and every occurrence where the Defendant, Houser Buick, treated Hispanic employees differently from White employees.

**ANSWER:**

Please see answer to Interrogatory number 5.

Steven R. Welner, Esquire
Attorney at Law
Springfield, MA

Signed under the pains and penalties of perjury this _30_ day of _September_, 2004.

_____
Jose A. Quinones

## CERTIFICATE OF SERVICE

I, Steven R. Weiner, Esquire hereby certify that on this 30th day of September 2004 I caused a copy of the foregoing document to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to John C. Sikorski, Esquire, ROBINSON, DONOVAN, P.C., 1500 Main Street, Suite 1600, Springfield, MA 01115.

Steven R. Weiner, Esquire

03/04/2002 at 02:26 PM                                  Job Number: 15007
Sched. Out:                                             Status:  Open-PS S01

## HOUSER COLLISION CENTER

### WORK ORDER

2001 SUBA OUTBACK 4-2.5L-FI 4D WGN TAIN Int:
VIN: 4S3BH675816628103 Lic: 4007WE       MA Prod Date:           Odometer:
Estimator: Kevin O'Connor
Ins. Co.  AMICA MUTUAL INSURANCE COMPANY   Adjuster:

```
         ASN  ACT                                          ASN   ACT    DATE
      #  ID   ID   OPERATION  DESCRIPTION OF DAMAGE        HRS   HRS  COMPLETE

         BODY LABOR
         2   __   __   Repair    COLLISION ACCESS TIME     1.0   _._  _____
         3   __   __   Replace   BUMPER COVER              Incl  _._  _____
         1                       FRONT BUMPER
         4   __   __             O/H bumper assy           2.0   _._  _____
         5   __   __   Replace   Reinforcement             Incl  _._  _____
         6   __   __   Replace   LT BUMPER COVER FILLER    Incl  _._  _____
         8   __   __   Replace   Energy absorber           Incl  _._  _____
         9   __   __   Replace   LT Side bracket           Incl  _._  _____
        10   __   __   Replace   LT Stay                   Incl  _._  _____
        11   __   __   Replace   LT Slider                 Incl  _._  _____
        12   __   __   R&I       LICENSE  PLATE            0.2   _._  _____
        13   __   __   Replace   LT Stay screw             Incl  _._  _____
        14                       GRILLE
        15   __   __             O/H radiator supt         6.5   _._  _____
        16   __   __   Replace   Grille assy Outback       Incl  _._  _____
        17   __   __   Replace   Grille assy bracket       Incl  _._  _____
        18   __   __   Replace   Ornament                  Incl  _._  _____
        19                       FRONT LAMPS
        20   __   __   Replace   LT Headlamp assy          Incl  _._  _____
        21   __   __   Replace   LT Fog lamp assy          Incl  _._  _____
        22   __   __   Replace   LT Cover                  0.0   _._  _____
        23                       INFORMATION LABELS
        24   __   __             Rpl information labels    0.3   _._  _____
        25   __   __   Replace   Vacuum diagram auto trans Incl  _._  _____
        26   __   __   Replace   CATALYST 25VXGFFEB        Incl  _._  _____
        27   __   __   Replace   AC label                  Incl  _._  _____
```

1

5

```
03/04/2002 at 02:26 PM                                    Job Number: 15007
Sched. Out:                                               Status:  Open-PS S01

                              HOUSER COLLISION CENTER

                                   WORK ORDER

----------------------------------------------------------------------------
                                                          ASN    ACT   DATE
        ASN  ACT                                          HRS    HRS   COMPLETE
         #   ID   ID   OPERATION  DESCRIPTION OF DAMAGE
----------------------------------------------------------------------------
        28                         AIR CONDITIONER & HEATER
        29   __   __   Replace    Condenser               Incl   _._   _____
        30   __   __                Evacuate & recharge   1.4    _._   _____
        31   __   __                Refrigerant recovery  0.4    _._   _____
        32   __   __   Replace    AC COMPRESSOR COVER     0.3    _._   _____
        33                         HOOD
        34   __   __   Replace    Hood                    1.5    _._   _____
        37   __   __   Replace    LT Hinge                0.2    _._   _____
        38   __   __   Replace    Lock                    Incl   _._   _____
        39   __   __   Replace    RT Hinge                0.2    _._   _____
        40   __   __   Replace    Insulator clip          0.0    _._   _____
        41                         COOLING
        42   __   __   Replace    LT Side panel           Incl   _._   _____
        43   __   __   Replace    Upper tie bar           Incl   _._   _____
        45   __   __   Replace    Radiator assy auto trans Incl  _._   _____
        46   __   __   Replace    Shroud                  Incl   _._   _____
        47   __   __   R&I        Under cover center      0.3    _._   _____
        48                         FENDER
        49   __   __   Replace    LT Fender w/Outback     1.3    _._   _____
        53   __   __   Replace    Flex Additive           0.0    _._   _____
        54   __   __   Replace    ANTI-CORRISION PRIME    0.2    _._   _____
        55   __   __   Replace    Cover Car For Overspray 0.2    _._   _____
        56   __   __   Replace    Weld Thru Primer        0.2    _._   _____
        57   __   __   Repair     Setup and Measure       2.0    _._   _____
        59   __   __   Replace    BACK MASK JAMBS         1.0    _._   _____
        60                         ADD TO EQUAL           1.4    _._   _____
        61   __   __   Repair     LT Apron panel front    5.0    _._   _____
        64   __   __   R&I        RT Mud guard Outback    0.2    _._   _____
        65   __   __   R&I        RT Side molding Outback 0.3    _._   _____
        66   __   __   R&I        R&I fender assy         1.5    _._   _____
        67   __   __   Repair     LT Front sidemember     2.0    _._   _____
        69                         PILLARS, ROCKER & FLOOR

                                        2
```

```
03/04/2002 at 02:26 PM                              Job Number: 15007
Sched. Out:                                         Status: Open-PS S01
```

## HOUSER COLLISION CENTER

## WORK ORDER

| # | ASN ID | ACT ID | OPERATION | DESCRIPTION OF DAMAGE | ASN HRS | ACT HRS | DATE COMPLETE |
|---|---|---|---|---|---|---|---|
| 70 | __ | __ | R&I | RT Rocker molding | 0.4 | _._ | ____ |
| 71 | __ | __ | R&I | LT Rocker molding | 0.4 | _._ | ____ |
| 72 | | | | FRONT DOOR | | | |
| 74 | __ | __ | R&I | LT Side molding Outback | 0.4 | _._ | ____ |
| 75 | __ | __ | R&I | LT Mirror assy GT & GT Limited | 0.3 | _._ | ____ |
| 76 | __ | __ | R&I | LT Belt w'strip | 0.3 | _._ | ____ |
| 77 | __ | __ | R&I | LT Handle, outside Brighton, L | 0.3 | _._ | ____ |
| 78 | __ | __ | R&I | R&I trim panel | 0.4 | _._ | ____ |
| 79 | __ | __ | R&I | BOLT ON PARTS | 1.5 | _._ | ____ |
| 81 | __ | __ | Repair | Program Stereo & Clock | 0.2 | _._ | ____ |
| 82 | __ | __ | Repair | Repair Pinch Welds | 1.0 | _._ | ____ |
| 83 | __ | __ | Replace | Urethane Seam Sealer | 0.5 | _._ | ____ |
| 84 | __ | __ | Replace | Undercoating | 0.3 | _._ | ____ |
| 85 | __ | __ | Replace | COVERCAR FOR PRIMER | 0.3 | _._ | ____ |
| 86 | __ | __ | Repair | D & R BATTERY | 0.2 | _._ | ____ |
| 87 | __ | __ | Repair | COLLISION ACCESS TIME | 1.0 | _._ | ____ |
| 88 | __ | __ | Repair | RE-SEAL VAPOR BARRIER | 0.2 | _._ | ____ |
| 89 | | | | FRONT SUSPENSION | | | |
| 90 | __ | __ | Replace | Align four wheels | 1.8 | _._ | ____ |
| 91 | __ | __ | Replace | Clean Car For Delivery | 1.0 | _._ | ____ |
| 92 | __ | __ | Replace | Color Sand & Buff | 3.0 | _._ | ____ |
| 93 | __ | __ | Replace | ADHESION PROMOTOR | 0.0 | _._ | ____ |
| 94 | __ | __ | Replace | Flex Additive | 0.0 | _._ | ____ |
| 95 | __ | __ | Replace | FLEX PRIMER | 0.2 | _._ | ____ |
| 00 | __ | __ | | _____ | _._ | _._ | ____ |
| 00 | __ | __ | | _____ | _._ | _._ | ____ |

```
                              TOTAL BODY LABOR ==>     43.3

REFINISH LABOR
    3 __  __   Replace   BUMPER COVER                   3.7  _._  ____
    1                    FRONT BUMPER
```

3

```
03/04/2002 at 02:26 PM                          Job Number: 15007
Sched. Out:                                     Status: Open-PS S01
```

HOUSER COLLISION CENTER

WORK ORDER

| # | ASN ID | ACT ID | OPERATION | DESCRIPTION OF DAMAGE | ASN HRS | ACT HRS | DATE COMPLETE |
|---|---|---|---|---|---|---|---|
| 7 | | | Refinish | LT Bumper cover cover | 0.2 | _._ | |
| 33 | | | | HOOD | | | |
| 34 | | | Replace | Hood | 2.2 | _._ | |
| 35 | | | | Add for Clear Coat | 0.9 | _._ | |
| 36 | | | | Add for Underside(Complete) | 1.4 | _._ | |
| 37 | | | Replace | LT Hinge | 0.3 | _._ | |
| 39 | | | Replace | RT Hinge | 0.3 | _._ | |
| 41 | | | | COOLING | | | |
| 42 | | | Replace | LT Side panel | 0.3 | _._ | |
| 43 | | | Replace | Upper tie bar | 0.4 | _._ | |
| 44 | | | | Overlap Minor Panel | -0.2 | _._ | |
| 48 | | | | FENDER | | | |
| 49 | | | Replace | LT Fender w/Outback | 1.8 | _._ | |
| 50 | | | | Overlap Major Adj. Panel | -0.4 | _._ | |
| 51 | | | | Add for Clear Coat | 0.5 | _._ | |
| 52 | | | | Add for Edging | 0.4 | _._ | |
| 60 | | | | ADD TO EQUAL | 0.6 | _._ | |
| 61 | | | Repair | LT Apron panel front | 0.6 | _._ | |
| 62 | | | | Overlap Minor Panel | -0.2 | _._ | |
| 63 | | | Blend | RT Fender w/o Outback | 1.0 | _._ | |
| 67 | | | Repair | LT Front sidemember | 1.0 | _._ | |
| 68 | | | | Overlap Minor Panel | -0.2 | _._ | |
| 72 | | | | FRONT DOOR | | | |
| 73 | | | Blend | LT Door shell w/Outback | 1.0 | _._ | |
| 82 | | | Repair | Repair Pinch Welds | 1.0 | _._ | |
| 96 | | | Refinish | Color Tint | 0.5 | _._ | |
| 97 | | | Refinish | ADD FOR TWO TONE | 1.0 | _._ | |
| 00 | | | | | _._ | _._ | |
| 00 | | | | | _._ | _._ | |

```
                                TOTAL REFINISH LABOR ==>   18.1
```

4

03/04/2002 at 02:26 PM　　　　　　　　　　　　　　　　Job Number: 15007
Sched. Out:　　　　　　　　　　　　　　　　　　　　　　Status: Open-PS S01

## HOUSER COLLISION CENTER

## WORK ORDER

```
                                                 ASN    ACT    DATE
        ASN ACT
    #   ID  ID  OPERATION DESCRIPTION OF DAMAGE  HRS    HRS    COMPLETE
    -----------------------------------------------------------------
    FRAME LABOR
      58 ___ ___  Repair   Unibody Alignment     4.0   __.__  _____
      00 ___ ___  _____  _____ __.__ __.__ _____
      00 ___ ___  _____  _____ __.__ __.__ _____

                              TOTAL FRAME LABOR ==>  4.0
```

5

Exhibit B to Exhibit 5

```
03/24/2003 at 01:44 PM                          Job Number: 16467
Sched. Out:                                     Status:  Open-PS S01
```

HOUSER COLLISION CENTER

WORK ORDER

```
2002 HYUN SANTA FE 4X4 GLS 6-2.7L-FI 4D UTV GREEN Int:
VIN: KM8SC73D82U213213  Lic: RWJ650   MA Prod Date:        Odometer:
Estimator: GARRY PEDIGO
Ins. Co.                              Adjuster:
```

| # | ASN ID | ACT ID | OPERATION | DESCRIPTION OF DAMAGE | ASN HRS | ACT HRS | DATE COMPLETE |
|---|---|---|---|---|---|---|---|
| | | | BODY LABOR | | | | |
| 1 | | | | FRONT BUMPER | | | |
| 2 | | | | O/H front bumper | 2.5 | | |
| 3 | | | Replace | Bumper cover. | Incl | | |
| 4 | | | Replace | Bumper cover retainer upper | Incl | | |
| 5 | | | Replace | cover support upper | Incl | | |
| 6 | | | Replace | RT Cover support side | Incl | | |
| 7 | | | | GRILLE | | | |
| 8 | | | Replace | Insert | Incl | | |
| 9 | | | Replace | Emblem | Incl | | |
| 10 | | | Replace | Grille | Incl | | |
| 11 | | | | FRONT LAMPS | | | |
| 12 | | | Replace | RT Headlamp assy | Incl | | |
| 13 | | | Replace | LT Headlamp assy | Incl | | |
| 14 | | | Repair | AIM HEADLAMPS | 0.4 | | |
| 15 | | | | HOOD | | | |
| 16 | | | Replace | Hood | 1.0 | | |
| 18 | | | | COOLING | | | |
| 19 | | | Replace | A/M Radiator assy auto trans | 1.2 | | |
| 20 | | | Replace | Upper tie bar | 0.5 | | |
| 25 | | | R&I | RT FENDER SIDE MLDG | Incl | | |
| 26 | | | R&I | LT FENDER SIDE MLDG | Incl | | |
| 27 | | | Replace | RT ENDER PANEL | 1.1 | | |
| 29 | | | Replace | LT FENDER | 1.1 | | |
| 31 | | | | FENDER | | | |
| 32 | | | Replace | RT Fender liner | Incl | | |
| 33 | | | | FRONT DOOR | | | |

1

```
03/29/2003 at 01:44 PM                                Job Number: 16467
Sched. Out:                                           Status:  Open-PS S01

                         HOUSER COLLISION CENTER

                              WORK ORDER

    ----------------------------------------------------------------------
         ASN  ACT                                      ASN   ACT    DATE
      #  ID   ID   OPERATION  DESCRIPTION OF DAMAGE    HRS   HRS   COMPLETE
    ----------------------------------------------------------------------
         35  __  __   Repair   RT Door shell w/molding    1.0  _._  _____
         36  __  __   Repair   RT Outer panel w/molding   3.0  _._  _____
         38  __  __   R&I      RT Belt w'strip            0.5  _._  _____
         39  __  __   R&I      LT Belt w'strip            0.5  _._  _____
         40  __  __   R&I      RT Body side mldg          0.2  _._  _____
         41  __  __   R&I      R&I trim panel             Incl _._  _____
         42  __  __   R&I      R&I trim panel             Incl _._  _____
         43  __  __   R&I      LT Body side mldg          0.2  _._  _____
         44  __  __   R&I      RT Mirror assy             Incl _._  _____
         45  __  __   R&I      LT Mirror assy             Incl _._  _____
         46  __  __   R&I      RT Handle                       _._  _____
         47  __  __   Replace  BACK MASK JAMBS            0.5  _._  _____
         48  __  __   Repair   D & R BATTERY              0.3  _._  _____
         49  __  __   Replace  Cover Car For Overspray    0.2  _._  _____
         50  __  __   Replace  Antifreeze EXTENDED LIFE P/G 0.0 _._ _____
         51  __  __   R&I      LT Handle                  0.7  _._  _____
         52  __  __            SPCL  PAINT MATERIALS      0.0  _._  _____
         54  __  __   Replace  Color Tint                 0.3  _._  _____
         55  __  __   Replace  ANTI-CORRISION PRIME       0.0  _._  _____
         56  __  __   Replace  Color Sand & Buff          2.5  _._  _____
         57  __  __            PAINT & MATERIALS          0.0  _._  _____
         00  __  __            _____         _._  _____
         00  __  __            _____         _._  _____

                        TOTAL BODY LABOR ==>            18.4

    REFINISH LABOR
         1                     FRONT BUMPER
         3  __  __   Replace   Bumper cover               2.6  _._  _____
        15                     HOOD
        16  __  __   Replace   Hood                       2.4  _._  _____
        17  __  __             Add for Underside(Complete) 1.2 _._  _____

                                   2
```

03/24/2003 at 01:44 PM                                  Job Number: 16467
Sched. Out:                                             Status:  Open-PS S01

## HOUSER COLLISION CENTER

### WORK ORDER

```
-----------------------------------------------------------------------
        ASN  ACT                                         ASN   ACT   DATE
  #     ID   ID   OPERATION DESCRIPTION OF DAMAGE        HRS   HRS   COMPLETE
-----------------------------------------------------------------------
  28   ___  ___   Refinish  RT FENDER                    2.1   _._   _____
  30   ___  ___   Refinish  LT FENDER                    2.1   _._   _____
  33                        FRONT DOOR
  34   ___  ___   Blend     LT Outer panel w/molding     0.9   _._   _____
  36   ___  ___   Repair    RT Outer panel w/molding     Incl  _._   _____
  37   ___  ___   Refinish  RT OUTER PANEL               1.8   _._   _____
  53   ___  ___   Refinish  CLEAR COAT                   2.5   _._   _____
  00   ___  ___                                          ___   _._   _____
  00   ___  ___                                          ___   _._   _____
```

TOTAL REFINISH LABOR

MECHANICAL LABOR
```
  21                        AIR CONDITIONER & HEATER
  22   ___  ___   Replace   Condenser                    1.3   _._   _____
  23   ___  ___             Evacuate & recharge          1.4   _._   _____
  24   ___  ___   Repair    RECOVERY                     0.3   _._   _____
  00   ___  ___                                          ___   _._   _____
  00   ___  ___                                          ___   _._   _____
```

                        TOTAL MECHANICAL LABOR ==>   3.0

3