# Steven R. Weiner, Esquire
## Attorney at Law

950 Main Street  
Springfield, MA 01103

Telephone 413-781-1154

April 18, 2003

Massachusetts Commission Against Discrimination  
436 Dwight Street, Suite 220  
Springfield, MA 01103

RECEIVED APR 22 2003 COMMISSION AGAINST DISCRIMINATION/SPRINGFIELD

    Re:    Jose Quinones

Dear Sir/Madam:

I enclose herewith the following:

1. General Employment Interview Form.

2. Charge of Discrimination.

I would appreciate your filing the same this date.

Cordially yours,

Steven R. Weiner, Esquire

SRW/bc

Enclosure

## Commission Against Discrimination
436 Dwight Street, Suite 220 Springfield, Ma. 01103
(413) 739-2145

### General Employment Interview Form

Your appointment is with: _____ Date: _____ Time: _____
Complainants Name: __Quinones_____ __Jose_____ __A._____
                        (Last Name)                  (First Name)           (Middle Initial)
Address __122 Moreland Street, Springfield, MA_____
Birthdate __1/15/67____ Age __36__ Social Security# __020__-__56__-__7253__ Race/Color __Hispanic__
Marital Status __Married_____ Number and Ages of children __15 and 10 (Two Children)__
Educational Attainment/Grades Completed __High School Graduate__
Telephone# (daytime)(___)_____ (Nighttime)(413) 746-3721 · Sex __Male__
Name of Employer __Houser Buick_____
Address (please indicate zip code) __683 East Columbus Avenue, Springfield, MA__

Telephone # (___)_____ No. of employees: 0-14 ___ 15-19 ___ 20-24 ___ 25+ X
Date of the last discriminatory act __3/23/03__ Date of Hire __3/23/99__
Position Title(s) __Auto Technician__
Description of Qualifications for the position (attach resume)
__Frame School, Automobile Technician for Body Work__
Underline/Circle/Check all categories in which you believe you have been discriminated against:
- [ ] Race
- [X] National Origin/ Ancestry
- [ ] Age
- [ ] Maternity Leave
- [ ] Religion
- [ ] Handicap
- [ ] Color
- [ ] Sex
- [ ] Sexual Harassment
- [ ] Sexual Orientation
- [ ] Criminal Record

In general, this employment complaint is being filed against the Respondent because of:
- [ ] Termination
- [ ] Failure to Hire
- [ ] Denial of Promotion
- [ ] Denial of Reasonable Accommodation
- [ ] Other _____
- [ ] Lay off
- [X] Terms & Conditions
- [ ] Retaliation
- [ ] Handicap

Summarize in your own words what happened. Use this space for a brief statement of the facts and provide the name(s) and titles of the person(s) you believe responsible. List each event that you believe was discriminatory and provide the date for that event.
__See Exhibit "A" attached.__

Exhibit "A"

My former employer treated Puerto Rican employees such as myself differently than white employees. White employees were allowed to do "side jobs" and I and other Hispanic employees were not allowed to do these side jobs.

White employees were not fired for absences or tardiness, Hispanic employees were fired for these reasons.

White employees were paid on the basis of "straight" estimates. The estimates for the time spent were realistic for both the insurer and the employees. Both myself and other Hispanic automobile technicians were forced to work from estimates that cheated us out of time spent.

White employees were paid more money than me even though they had less experience.

Kevin O'Connor the Body Shop Manager called me names "racial epithets". He screamed at me and talked about my wife and kids. Mr. O'Connor called me a bum and an alcoholic. Mr. O'Connor told me "you're a white man in a Puerto Rican body". This had been happening throughout my work with Houser Buick.

| NAME (Indicate Mr., Ms., or Mrs.) | | HOME TELEPHONE NO. (Include Area Code) |
|---|---|---|
| Mr. Jose A. Quinones | | (413) 746-3721 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 122 Moreland Street, Springfield, MA 01104 | | Hampden |
| NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.) | | |
| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |

## Exhibit "A"

My former employer treated Puerto Rican employees such as myself differently than white employees. White employees were allowed to do "side jobs" and I and other Hispanic employees were not allowed to do these side jobs.

White employees were not fired for absences or tardiness, Hispanic employees were fired for these reasons.

White employees were paid on the basis of "straight" estimates. The estimates for the time spent were realistic for both the insurer and the employees. Both myself and other Hispanic automobile technicians were forced to work from estimates that cheated us out of time spent.

White employees were paid more money than me even though they had less experience.

Kevin O'Connor the Body Shop Manager called me names "racial epithets". He screamed at me and talked about my wife and kids. Mr. O'Connor called me a bum and an alcoholic. Mr. O'Connor told me "you're a white man in a Puerto Rican body". This had been happening throughout my work with Houser Buick.

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
436 Dwight Street, Rm. 220, Springfield, MA 01103
Phone: (413) 739-2145 Fax:

6/18/2003

Houser Buick
683 East Columbus Avenue
Springfield, MA 01105

JUL 10 2003

RE: Jose A. Quinones vs. Houser Buick
MCAD Docket Number: 03SEM01341
EEOC/HUD Number: 16CA301725

Dear Respondent Party:

Please be advised that the Massachusetts Commission Against Discrimination (MCAD) has received the above referenced complaint of discrimination which alleges that you have committed an act of discrimination. A copy of that complaint is enclosed.

State law requires the Commission to impartially review the allegations in that complaint. The Commission has assigned one of its staff, Gilbert May, to investigate the complaint. This MCAD investigator will keep the parties informed of developments arising from that investigation.

State law requires that you submit a formal written answer to the complaint in the form of an affirmed Position Statement. This written answer should be submitted to MCAD Investigator within twenty-one (21) days of receipt of this notification. In addition, the Position Statement must be notarized. A copy must also be forwarded to the Complainant at the address listed on the enclosed complaint.

Please note that you must include in the Position Statement one of the following statements:

I am (or Respondent is) represented by an attorney in this matter.
-OR-
I am (or Respondent is) not represented by an attorney in this matter.

Failure to submit an accurate statement may result in adverse action being taken against you as the Respondent. Please note that if your representational situation changes, you must notify the Commission immediately.

It is our policy to determine whether the parties are willing to consider a rapid, informal and voluntary resolution of this dispute. The Commission encourages such resolutions as an alternative to the often lengthy and expensive litigation process. To discuss the possibility of settlement, please contact the Investigator named below.

If you have any questions pertaining to the Investigation, please contact Gilbert May at (413) 739-2145 x 130.

Sincerely,

Gilbert May
Investigator

MCAD Docket Number 03SEM01341, Serve Respondent – Without Investigative Conference

907-1312

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Houser Buick

683 East Columbus Avenue
Springfield, MA 01105

Person Filing Charge:   Jose A. Quinones
This Person (Check One):  (X) Claims to be aggrieved
                                   ( ) Is filing on behalf of
Date of Alleged Violation:  03/23/03
Place of Alleged Violation:  Springfield,
EEOC Charge Number:     16CA301725
MCAD Docket Number:     03SEM01341

NOTICE OF CHARGE OF DISCRIMINATION WHERE AN FEP AGENCY WILL INITIALLY PROCESS (See Attached Information Sheet For Additional Information)

You are hereby notified that a charge of employment discrimination under
   [X] Title VII of the Civil Rights Act of 1964
   [ ] The Age Discrimination in Employment Act of 1967 (ADEA)
   [ ] The Americans Disabilities Act (ADA)
Has been received by
   [ ] The EEOC and sent for initial processing to   MCAD
                                                (FEP Agency)
   [X] The Mass. Commission Against Discrimination
       (FEP) Agency and sent to the EEOC for dual filing purposes.

While the EEOC has jurisdiction (upon the expiration of any deferral requirements if this is a Title VII or ADA Charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances the Commission will take no further action, thereby avoiding the necessity of an investigation by both the Agency and the Commission. This likelihood is increased by your active cooperation with the Agency.

[X] As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's issuing a final finding and order. If the agency terminates its proceedings without issuing a final finding and order, you will be contacted further by the Commission. Regardless of whether the Agency or the Commission processes the charge, the Recordkeeping and Non-Retaliation provisions of Title VII and the ADEA as explained on the second page of this form apply.

For further correspondence on this matter, please use the charge number(s) shown.

   [ ] An Equal Pay Act Investigation (29 U.S.C 206(d)) will be conducted by the Commission concurrently with the Agency's investigation of the charge.
   [X] Enclosure: Copy of the Charge

Basis of Discrimination
(X) Race    (X) Color    ( ) Sex    ( ) Religion    (X) National Origin
( ) Age    ( ) Disability    ( ) Retaliation    ( ) Other

Circumstances of alleged violation:
   SEE ENCLOSED COPY OF THE CHARGE OF DISCRIMINATION (or EEOC FORM 5)

EEOC Charge Number 16CA301725, EEOC Transmittal Letter to Respondent

| Date | Type Name/Title of Authorized EEOC Official | Signature |
|---|---|---|
| 6/2/2003 | Robert L. Sanders, Director | |