

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30111-KPN

JOSE QUINONES,         ]
                       ]
       Plaintiff,      ]
                       ]
vs.                    ]        AFFIDAVIT OF JOSE QUINONES
                       ]
HOUSER BUICK,          ]
                       ]
       Defendant.      ]

1. My name is Jose Quinones. I am the Plaintiff in the within named matter.

2. Wayne Barnes was a fast auto body man. When I was asked by Attorney Sikorski in my Deposition what I meant by this I said "he would get work done quick". See excerpt from Plaintiff's Deposition Exhibit "1" attached to Defendant's Local Rule 56.1 Statement of Material Issues of Fact Not in Dispute, my Deposition Page 36. I did not say at that point nor did I say at any other point that Mr. Barnes was a more capable body man than I was. While he may have gotten work done at a more accelerated pace than I, I think I was a better body man than he is because my work came back to the shop for corrections at a lower rate and after inspecting work on a general basis which Mr. Barnes did as opposed to my own work, my opinion is that my work was better than Mr. Barnes' work on a general basis. I frequently repaired jobs that Mr. Barnes had done, this cut into my pay and benefited Mr. Barnes. I, as a matter of being a professional, insisted upon working on any car which came back when I had done the body work on that car.

3. You cannot be a "slow" body man and keep a job. Auto body work is based on production regardless of whether one is working for one's employer on an hourly rate or a flat rate. Therefore, in order to maintain my position previously at Houser Buick and presently at St. James Custom Auto Body, I have to produce work in a competent manner and work at a reasonable rate of speed. I am able to do this.

4. All of the Puerto Rican or black employees hired at Houser and employed for a substantial period were either reconditioners and painters helpers, these were relatively low paying jobs. The higher paying jobs which were either in the office or as painters or auto body technicians were all held by white people except for me.

5. I had an excellent understanding of the flat rate system.

6. Mr. Barnes who was also a body technician would receive a beneficial payment from Houser Buick which I did not receive. He was allowed to come in later than I. He was not inclined to work as late as I did and he always had a regular paycheck with what I understood to be a One Thousand and 00/100 ($1,000.00) Dollar net pay at the end of each week. Mr. O'Connor manipulated Mr. Barnes' pay so as to provide him with a regular income. He did this through several means including giving Mr. Barnes work credit for hours that he would put in in the future, and in giving Mr. Barnes easy jobs that could be finished very quickly and, therefore, that would inure to Mr. Barnes' benefit.

7. The Houser system of paying employees was based upon how you negotiated with them and was not subject to a set of rules that applied to everyone. (See Exhibit "2", Deposition transcript of Jeremy Laduc, pages eleven, twelve and thirteen wherein Mr. Laduc negotiated additional seniority rights from Houser Buick.

8. Mr. Barnes would show me his check on a weekly basis, and I would see that he would be receiving One Thousand and 00/100 ($1,000.00) Dollars net pay on an on going basis.

9. When my checks came to me and I was on a flat rate, I would get wildly different amounts. I had requested from Mr. O'Connor that I receive hours advanced to me from the next weeks work and he told me that he would not do this. The management at Houser Buick, Kevin O'Connor, requested that I help Billy Metcalf who was a white individual who had a great amount of experience as an auto body shop manager but very little experience as an auto body technician, actually doing work. I stated this in my Deposition on Page thirty.

10. No one assisted the undersigned in making additional monies in the manner that I was asked to assist Mr. Metcalf.

11. In calendar year 2002 I was paid Thirty Thousand Nineteen and 61/100 ($30,019.61) Dollars. See Exhibit "3" Houser Buick, Inc., compensations detail.

12. In 2001 I was paid Twenty Eight Thousand Five Hundred Thirty Seven and 90/100 ($27,537.90) Dollars.

13. In the year 2000 I was paid Twenty Seven Thousand Six Hundred Three and 00/100 ($27,603.00) Dollars. If Mr. Barnes made a net of One Thousand and 00/100 ($1,000.00) Dollars per week for that year period, that would entitle me to the difference between what I should have made, One Thousand and 00/100 ($1,000.00) Dollars a week net, or approximately Seventy Thousand and 00/100 ($70,000.00) Dollars per year at the amounts I made in each one of those years.

14. Over the three years in the last tenure at Houser Buick, for the years 2000, 2001 and 2002 I made Eighty Six Thousand One Hundred Sixty and 67/100 ($86,160.67) Dollars. Had I been treated in the same manner as Mr. Barnes a Caucasian who had the same credentials, the same ability and the same job position as I, I would have made approximately Two Hundred Ten Thousand and 00/100 ($210,000.00) Dollars. Therefore, my damages over 2000, 2001 and 2002 were One Hundred Twenty Three Thousand, Eight Hundred Thirty Nine and 33/100 ($123,839.33) Dollars.

Sworn to under the pains and penalties of perjury this _____ day of 3/4/05, 2005.

_____
Jose Quinones

# EXHIBIT "1"

```
 1        A.    No.
 2        Q.    So, his brother was incompetent but Wayne
 3   Barnes was competent?
 4        A.    That's correct.
 5        Q.    How would you rate Wayne Barnes' skills
 6   as a body man?
 7        A.    He was fast.
 8        Q.    What do you mean by he was fast?
 9        A.    He would get work done quick.
10        Q.    Currently, are you married?
11        A.    Yes, I am.
12        Q.    Have you been married for a while?
13        A.    Nineteen years.
14        Q.    You filed a charge of discrimination, did
15   you not, with The Mass. Commission Against
16   Discrimination before you filed your lawsuit,
17   correct?
18        A.    Yes, I did.
19              MR. SIKORSKI:  I'd like to have this
20        marked as Exhibit 2.
21              (Exhibit 2, marked)
22        Q.    (By Mr. Sikorski)  Have you had a chance
23   to review Exhibit 2, sir?
24        A.    Yes, I have.
```

# EXHIBIT "2"

1   technicians there other than Nino and Wayne Barnes?
2       A.   There was one other tech there, but I do
3   not remember his name.
4       Q.   Do you remember what he looked like?
5       A.   I got to think.  No.  Because there was, I
6   want to say in the first six months I was there,
7   there might have been three different people in that
8   position.  I don't really remember.  Nobody stands
9   out.  I don't remember really anybody jumping out at
10  me and saying, yeah, I remember who that was.
11      Q.   Okay.  Do you remember whether any of them
12  were Caucasian?
13      A.   No.
14      Q.   Do you remember whether any of them were
15  Hispanic?
16      A.   No.  And if I had to say, I would say the
17  way the office was set up there when you looked out
18  the window, Wayne was right in front, there was an
19  open bay that was there, and then Nino was down at
20  the other end.  Um, I would, I'm going to guess that
21  the majority of them were probably Caucasian if I
22  had to guess.  I really can't remember.  I can't
23  even remember what they looked like, to tell you the
24  truth.  That was one of them positions that there

1  was constantly guys rotating.
2      Q.   Sure. How long had Nino, Jose Quinones,
3  been there when you first arrived in December of
4  '99?
5      A.   He was on his second or third time back.
6  I remember us joking about him leaving a couple
7  times and coming back, and he had already been
8  there, I'm saying two years. At least a year. I
9  know because he was already there a year, and when I
10 moved from Westfield down to Springfield, Houser
11 allowed me to carry over all my seniority because I
12 already had nine years invested with the company, so
13 I was the new guy there, but I wasn't new to the
14 company. So when we were talking about seniority, I
15 actually was holding a lot of -- I actually pulled
16 in a lot of seniority when I came down. So I want
17 to say it was about two years he had been there.
18     Q.   Sounds like that was an awfully nice thing
19 that Mr. Houser did for you.
20     A.   It was part of my negotiation. They
21 needed me more than I needed them at that point.
22 They, they made me an offer, I counteroffered, we
23 went back and forth a couple times. And there was a
24 core. When, when Houser decided to sell off

```
 1   Regency, they picked and choosed.  There was a core
 2   of about six or seven of their employees that they
 3   wanted to keep.  They -- we knew what we were doing,
 4   they knew we knew what we were doing, and they
 5   offered all of us jobs to come down to Springfield.
 6   Of the six or seven of us that came, um, I think
 7   three of us kept our seniority.  Everybody else
 8   didn't negotiate it, didn't even bring it up, so the
 9   Housers didn't even present it to them, as far as I
10   can tell.  You know, I'm not speaking for anybody
11   else, but that's what I can tell.  And then we've
12   since, I think there's only two that have, that are
13   still there of the core, original core, that came
14   down.
15       Q.   Were any of the other people who went over
16   from Regency Houser to Houser here in East Columbus
17   Avenue in Springfield in the auto body shop?
18       A.   Not originally.  Um, Terry Maille came --
19   I started there in, well, late December, early
20   January, and she came in late April, early May --
21       Q.   Okay.
22       A.   -- as a kind of a helper in the body shop
23   just answering phones and kind of running customers
24   and doing miscellaneous errands.
```

# EXHIBIT "3"

# Compensation Detail

## Houser Buick Inc
Company Code (HSRB)

Check Dates: 1/4/2002 to 12/27/2002   Page

Quinones, Jose
122 Mooreland St.
Springfield, MA 01104

Employee Number: 328
Soc Sec Number: 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
Location: 14

Freq: (W) Weekly
Rate: 13.0000

Federal: M-0
State: M-0

| Check Date | Hours Reg | Hours OT | Hours Other | Earnings Reg | Earnings OT | Earnings Other | Gross | PITW | FICA | State | Other | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/2002 | 60.10 | 0.00 | 0.00 | 721.20 | 0.00 | 0.00 | 721.20 | 74.29 | 55.17 | 34.86 | 0.00 | 25.00 | 531.88 |
| 01/11/2002 | 73.90 | 0.00 | 0.00 | 886.80 | 0.00 | 0.00 | 886.80 | 99.13 | 67.85 | 43.64 | 0.00 | 25.00 | 651.18 |
| 01/18/2002 | 73.70 | 0.00 | 0.00 | 884.40 | 0.00 | 0.00 | 884.40 | 98.77 | 67.65 | 43.51 | 0.00 | 25.00 | 649.47 |
| 01/25/2002 | 80.00 | 0.00 | 0.00 | 960.00 | 0.00 | 0.00 | 960.00 | 110.11 | 73.44 | 47.52 | 0.00 | 25.00 | 703.93 |
| 02/01/2002 | 55.80 | 0.00 | 0.00 | 669.60 | 0.00 | 0.00 | 669.60 | 66.55 | 51.22 | 32.13 | 0.00 | 25.00 | 494.70 |
| 02/08/2002 | 79.40 | 0.00 | 0.00 | 952.80 | 0.00 | 0.00 | 952.80 | 109.03 | 72.89 | 47.13 | 0.00 | 25.00 | 698.75 |
| 02/15/2002 | 42.50 | 0.00 | 0.00 | 510.00 | 0.00 | 0.00 | 510.00 | 42.61 | 39.02 | 23.67 | 0.00 | 25.00 | 379.70 |
| 02/22/2002 | 36.00 | 0.00 | 0.00 | 432.00 | 0.00 | 0.00 | 432.00 | 30.91 | 33.04 | 19.82 | 0.00 | 25.00 | 323.23 |
| 03/01/2002 | 60.90 | 0.00 | 0.00 | 730.80 | 0.00 | 0.00 | 730.80 | 75.73 | 55.91 | 35.37 | 0.00 | 25.00 | 538.79 |
| 03/08/2002 | 60.10 | 0.00 | 0.00 | 721.20 | 0.00 | 0.00 | 721.20 | 74.29 | 55.18 | 34.86 | 0.00 | 25.00 | 531.87 |
| 03/15/2002 | 68.70 | 0.00 | 0.00 | 824.40 | 0.00 | 0.00 | 824.40 | 89.77 | 63.06 | 40.33 | 0.00 | 25.00 | 606.24 |
| 03/22/2002 | 48.30 | 0.00 | 0.00 | 579.60 | 0.00 | 0.00 | 579.60 | 53.05 | 44.34 | 27.36 | 0.00 | 25.00 | 429.85 |
| 03/29/2002 | 66.60 | 0.00 | 0.00 | 799.20 | 0.00 | 0.00 | 799.20 | 85.99 | 61.13 | 38.99 | 0.00 | 25.00 | 588.09 |
| **1st QTR** | **806.00** | **0.00** | **0.00** | **9,672.00** | **0.00** | **0.00** | **9,672.00** | **1,010.23** | **739.90** | **469.19** | **0.00** | **325.00** | **7,127.68** |
| 04/05/2002 | 55.70 | 0.00 | 0.00 | 668.40 | 0.00 | 0.00 | 668.40 | 66.37 | 51.14 | 32.06 | 0.00 | 25.00 | 493.83 |
| 04/12/2002 | 67.20 | 0.00 | 0.00 | 806.40 | 0.00 | 0.00 | 806.40 | 87.07 | 61.69 | 39.38 | 0.00 | 25.00 | 593.26 |
| 04/19/2002 | 55.00 | 0.00 | 0.00 | 660.00 | 0.00 | 0.00 | 660.00 | 65.11 | 50.49 | 31.62 | 0.00 | 25.00 | 487.78 |
| 04/26/2002 | 65.00 | 0.00 | 0.00 | 780.00 | 0.00 | 0.00 | 780.00 | 83.11 | 59.67 | 37.98 | 0.00 | 25.00 | 574.24 |
| 05/03/2002 | 34.40 | 0.00 | 0.00 | 412.80 | 0.00 | 0.00 | 412.80 | 28.03 | 31.58 | 18.88 | 0.00 | 25.00 | 309.31 |
| 05/10/2002 | 73.50 | 0.00 | 0.00 | 882.00 | 0.00 | 0.00 | 882.00 | 98.41 | 67.47 | 43.38 | 0.00 | 25.00 | 647.74 |
| 05/17/2002 | 66.80 | 0.00 | 0.00 | 801.60 | 0.00 | 0.00 | 801.60 | 86.35 | 61.33 | 39.12 | 0.00 | 25.00 | 589.80 |
| 05/24/2002 | 66.30 | 0.00 | 0.00 | 795.60 | 0.00 | 0.00 | 795.60 | 85.45 | 60.86 | 38.80 | 0.00 | 25.00 | 585.49 |
| 05/31/2002 | 66.60 | 0.00 | 0.00 | 799.20 | 0.00 | 0.00 | 799.20 | 85.99 | 61.14 | 38.99 | 0.00 | 25.00 | 588.08 |
| 06/07/2002 | 78.60 | 0.00 | 0.00 | 943.20 | 0.00 | 0.00 | 943.20 | 107.59 | 72.15 | 46.63 | 0.00 | 25.00 | 691.83 |
| 06/14/2002 | 71.00 | 0.00 | 0.00 | 852.00 | 0.00 | 0.00 | 852.00 | 93.91 | 65.18 | 41.79 | 0.00 | 25.00 | 626.12 |
| 06/21/2002 | 69.60 | 0.00 | 0.00 | 835.20 | 0.00 | 0.00 | 835.20 | 91.39 | 63.89 | 40.90 | 0.00 | 25.00 | 614.02 |
| 06/28/2002 | 128.50 | 0.00 | 0.00 | 1,542.00 | 0.00 | 0.00 | 1,542.00 | 129.63 | 117.96 | 71.82 | 0.00 | 75.00 | 1,147.59 |
| **2nd QTR** | **898.20** | **0.00** | **0.00** | **10,778.40** | **0.00** | **0.00** | **10,778.40** | **1,108.41** | **824.55** | **521.35** | **0.00** | **375.00** | **7,949.09** |
| 07/19/2002 | 108.40 | 0.00 | 0.00 | 1,300.80 | 0.00 | 0.00 | 1,300.80 | 195.36 | 99.51 | 65.58 | 0.00 | 25.00 | 915.35 |
| 07/26/2002 | 50.30 | 0.00 | 0.00 | 603.60 | 0.00 | 0.00 | 603.60 | 56.65 | 46.18 | 28.63 | 0.00 | 25.00 | 447.14 |
| 08/02/2002 | 89.40 | 0.00 | 0.00 | 1,072.80 | 0.00 | 0.00 | 1,072.80 | 135.80 | 82.07 | 53.49 | 0.00 | 25.00 | 776.44 |
| 08/09/2002 | 58.90 | 0.00 | 0.00 | 706.80 | 0.00 | 0.00 | 706.80 | 72.13 | 54.07 | 34.10 | 0.00 | 25.00 | 521.50 |
| 08/16/2002 | 60.40 | 0.00 | 0.00 | 724.80 | 0.00 | 0.00 | 724.80 | 74.83 | 55.45 | 35.05 | 0.00 | 25.00 | 534.47 |
| 08/23/2002 | 67.90 | 0.00 | 0.00 | 814.80 | 0.00 | 0.00 | 814.80 | 88.33 | 62.33 | 39.82 | 0.00 | 25.00 | 599.32 |
| 08/30/2002 | 66.40 | 0.00 | 0.00 | 796.80 | 0.00 | 0.00 | 796.80 | 85.63 | 60.96 | 38.87 | 0.00 | 25.00 | 586.34 |
| 09/06/2002 | 70.00 | 0.00 | 0.00 | 840.00 | 0.00 | 0.00 | 840.00 | 92.11 | 64.26 | 41.16 | 0.00 | 25.00 | 617.47 |
| 09/13/2002 | 55.00 | 0.00 | 0.00 | 660.00 | 0.00 | 0.00 | 660.00 | 65.11 | 50.49 | 31.62 | 0.00 | 25.00 | 487.78 |
| 09/20/2002 | 56.90 | 0.00 | 0.00 | 682.80 | 0.00 | 0.00 | 682.80 | 68.53 | 52.23 | 32.82 | 0.00 | 25.00 | 504.22 |
| 09/27/2002 | 75.50 | 0.00 | 0.00 | 906.00 | 0.00 | 0.00 | 906.00 | 102.01 | 69.31 | 44.65 | 0.00 | 25.00 | 665.03 |
| **3rd QTR** | **759.10** | **0.00** | **0.00** | **9,109.20** | **0.00** | **0.00** | **9,109.20** | **1,034.49** | **696.86** | **445.79** | **0.00** | **275.00** | **6,657.06** |
| 10/04/2002 | 69.70 | 0.00 | 0.00 | 836.40 | 0.00 | 0.00 | 836.40 | 91.57 | 63.98 | 40.97 | 0.00 | 25.00 | 614.88 |
| 10/11/2002 | 69.60 | 0.00 | 0.00 | 835.20 | 0.00 | 0.00 | 835.20 | 91.39 | 63.89 | 40.90 | 0.00 | 25.00 | 614.02 |
| 10/18/2002 | 59.00 | 0.00 | 0.00 | 708.00 | 0.00 | 0.00 | 708.00 | 72.31 | 54.17 | 34.16 | 0.00 | 25.00 | 522.36 |
| 10/25/2002 | 75.50 | 0.00 | 0.00 | 906.00 | 0.00 | 0.00 | 906.00 | 102.01 | 69.31 | 44.65 | 0.00 | 25.00 | 665.03 |
| 11/01/2002 | 73.10 | 0.00 | 0.00 | 877.20 | 0.00 | 0.00 | 877.20 | 97.69 | 67.10 | 43.13 | 0.00 | 25.00 | 644.28 |
| 11/08/2002 | 88.00 | 0.00 | 0.00 | 1,056.00 | 0.00 | 0.00 | 1,056.00 | 129.26 | 80.79 | 52.60 | 0.00 | 25.00 | 768.35 |
| 11/15/2002 | 46.00 | 0.00 | 0.00 | 552.00 | 0.00 | 0.00 | 552.00 | 48.91 | 42.22 | 25.89 | 0.00 | 25.00 | 409.98 |
| 11/22/2002 | 89.60 | 0.00 | 0.00 | 1,075.20 | 0.00 | 0.00 | 1,075.20 | 134.45 | 82.26 | 53.62 | 0.00 | 25.00 | 779.87 |
| 11/29/2002 | 70.10 | 0.00 | 0.00 | 841.20 | 0.00 | 0.00 | 841.20 | 92.29 | 64.35 | 41.22 | 0.00 | 25.00 | 618.34 |
| 12/06/2002 | 53.00 | 0.00 | 0.00 | 636.00 | 0.00 | 0.00 | 636.00 | 61.51 | 48.65 | 30.34 | 0.00 | 25.00 | 470.50 |
| 12/13/2002 | 72.60 | 0.00 | 0.00 | 943.80 | 0.00 | 0.00 | 943.80 | 107.68 | 72.21 | 46.66 | 0.00 | 25.00 | 692.25 |
| 12/20/2002 | 64.00 | 0.00 | 0.00 | 832.00 | 0.00 | 0.00 | 832.00 | 90.91 | 63.64 | 40.73 | 0.00 | 25.00 | 611.72 |
| 12/27/2002 | 88.90 | 0.00 | 0.00 | 1,155.70 | 0.00 | 0.00 | 1,155.70 | 111.46 | 88.42 | 56.62 | 0.00 | 25.00 | 874.20 |
| **4th QTR** | **919.10** | **0.00** | **0.00** | **11,254.70** | **0.00** | **0.00** | **11,254.70** | **1,231.44** | **860.99** | **551.49** | **0.00** | **325.00** | **8,285.78** |
| **Total** | **3,382.40** | **0.00** | **0.00** | **40,814.30** | **0.00** | **0.00** | **40,814.30** | **4,384.57** | **3,122.30** | **1,987.82** | **0.00** | **1,300.00** | **30,019.61** |

CheckWriters Payroll
Phone (413)734-1351   Fax (413)736-2328

Run Date: 8/16/2004
Run Time: 10:03AM
Rpt File: CompDet

Employee: Quinones