UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JOSE QUINONES,,
        Plaintiff(s)

v.                        CIVIL ACTION: 04-30111-KPN

HOUSER BUICK,
        Defendant(s)


## JUDGMENT IN A CIVIL CASE

NEIMAN, U.S.M.J.:.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the Defendant pursuant to the Memorandum and Order of the Court entered this date granting the Defendant's motion for Summary Judgment..

                              SARAH A. THORNTON,
                              CLERK OF COURT

Dated: July 14, 2005        By   /s/ Mary Finn
                              Deputy Clerk

(Judgment Civil.wpd - 11/98)                              [jgm.]

Case 3:04-cv-30111-KPN    Document 17    Filed 07/14/2005    Page 2 of 2