UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 04-30111-KPN

| | |
|---|---|
| JOSE QUINONES, ] | |
| Plaintiff, ] | |
| vs. ] | NOTICE OF APPEAL |
| HOUSER BUICK, ] | |
| Defendant. ] | |

    Notice is hereby given that Jose Quinones, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the summary judgment entered in this action on the fourteenth day of July 2005.

The Plaintiff,
Jose Quinones,
By His Attorney,

Dated:

_____
Steven R. Weiner, Esquire
BBO# 520090
930 Main Street
Springfield, MA 01103
(413) 781-1154

Steven R. Weiner, Esquire
Attorney at Law
Springfield, MA

## CERTIFICATE OF SERVICE

I, Steven R. Weiner, Esquire hereby certify that on this \_\_\_11th\_\_\_ day of August 2005 I caused a copy of the foregoing document to be served upon the parties in this action by mailing a copy of the same, postage prepaid, first class mail to John C. Sikorski, Esquire, ROBINSON, DONOVAN, P.C., 1500 Main Street, Suite 1600, Springfield, MA 01115.

_____
Steven R. Weiner, Esquire