# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-30111

Jose Quinones

v.

Houser Buick

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/12/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 15, 2005.

Sarah A Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/16/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CIVIL DOCKET FOR CASE #: 3:04-cv-30111-KPN

Quinones V. Houser Buick  
Assigned to: Magistrate Judge Kenneth P. Neiman  
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 06/10/2004  
Jury Demand: Defendant  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Jose Quinones**  represented by  **Steven R. Weiner**  
930 Main Street  
Springfield, MA, MA 01103  
413-781-1154  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Houser Buick**  represented by  **John C. Sikorski**  
Robinson, Donovan, PC  
Tower Square - Suite 1600  
1500 Main Street  
Springfield, MA 01115  
413-732-2301  
Fax: 413-785-4658  
Email: jsikorski@robinson-donovan.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/10/2004 | 1 | NOTICE OF REMOVAL by Houser Buick from Hampden Superior Court, case number 2004-00492-A. $ 150.00, receipt number 305648, filed by Houser Buick.(Lindsay, Maurice) (Entered: 06/10/2004) |
| 06/15/2004 | 2 | CORPORATE DISCLOSURE STATEMENT by Houser Buick. (Sikorski, John) (Entered: 06/15/2004) |
| 06/16/2004 | 3 | STATE COURT Record from Hampden Superior Court filed. (Finn, Mary) (Entered: 06/16/2004) |
| 06/16/2004 | 4 | ANSWER to Amended Complaint with Jury Demand by Houser Buick filed.(Finn, Mary) (Entered: 06/16/2004) |

| | | |
|---|---|---|
| 06/16/2004 | 5 | Judge Michael A Ponsor : ORDER entered REFERRING CASE to Magistrate Judge Kenneth P. Neiman Referred for: Rule 16 scheduling conf.and full pretrial case management, not including dispositive motions.(Finn, Mary) Modified on 6/16/2004 (Finn, Mary). (Entered: 06/16/2004) |
| 06/23/2004 | 6 | NOTICE of Scheduling Conference Scheduling Conference set for 7/28/2004 at 10:00 AM in Courtroom 3 before Magistrate Kenneth P. Neiman; cc/cl. (Finn, Mary) (Entered: 06/24/2004) |
| 07/21/2004 | 7 | JOINT STATEMENT re scheduling conference. (Sikorski, John) (Entered: 07/21/2004) |
| 07/28/2004 | 8 | CONSENT to Jurisdiction by US Magistrate Judge by Houser Buick, Jose Quinones. (Stuckenbruck, John) (Entered: 07/28/2004) |
| 07/28/2004 | | Judge Michael A Ponsor : ORDER entered ORDER entered: Case reassigned to Magistrate Judge Kenneth P. Neiman. for all purposes, including trial and entry of final judgment. Judge Michael A Ponsor no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing.(Stuckenbruck, John) (Entered: 07/28/2004) |
| 07/28/2004 | | Electronic Clerk's Notes for proceedings held before Judge Kenneth P. Neiman : Scheduling Conference held on 7/28/2004. Schedule order to be issued. (Court Reporter CD Recorder.) (Lindsay, Maurice) (Entered: 07/28/2004) |
| 07/28/2004 | 9 | Mag. Judge Kenneth P. Neiman. SCHEDULING ORDER setting auto discl. by 9/1/04; writen discl. by 10/1/04; non-expert depos by 1/14/05; case mgmt conf. 1/19/05 at 11:30 a.m. ENTERED, cc:cl. (Healy, Bethaney) (Entered: 07/29/2004) |
| 07/28/2004 | | Case no longer referred to Magistrate Judge Kenneth P. Neiman, the parties having consented to Magistrate Judge jurisdiction this day. (Healy, Bethaney) (Entered: 07/30/2004) |
| 09/08/2004 | 10 | Ptf's MOTION to Amend his disclosures by Jose Quinones. (Attachments: # 1 Exhibit)(Lindsay, Maurice) (Entered: 09/08/2004) |
| 09/09/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered striking 10 Plaintiff's Motion to Amend. Automatic and voluntry disclosure materials shall not be filed with the court unless so ordered or for use in the proceeding. See Local Rule 26.6(a). (Neiman, Kenneth) (Entered: 09/09/2004) |
| 01/19/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel appear (Attys Weiner and Sikorski) for Case Management Conference held on 1/19/2005. Discovery is complete. Defendant requests time to file a motion for summary judgment. Court establishes the following deadlines: Deft's motion for summary judgment shall be filed by 2/18/05, with Pltf's response due by 3/4/05. No Scheduling Order to issue. (Court Reporter FTR.) (Healy, Bethaney) |

| | | |
|---|---|---|
| | | (Entered: 01/19/2005) |
| 02/18/2005 | 11 | MOTION for Summary Judgment by Houser Buick.(Sikorski, John) (Entered: 02/18/2005) |
| 02/18/2005 | 12 | MEMORANDUM in Support re 11 MOTION for Summary Judgment filed by Houser Buick. (Sikorski, John) (Entered: 02/18/2005) |
| 02/18/2005 | 13 | STATEMENT of facts re 11 MOTION for Summary Judgment *Defendant's Local Rule 56.1 Statement of Material Issues of Fact Not in Dispute.* (Attachments: # 1 Exhibit Exhibit 1, Part 1# 2 Exhibit Exhibit 1, Part 2# 3 Exhibit Exhibit 2# 4 Exhibit Exhibit 3# 5 Exhibit Exhibit 4# 6 Exhibit Exhibit 5# 7 Exhibit Exhibit 6)(Sikorski, John) (Entered: 02/18/2005) |
| 03/04/2005 | 14 | Pltf's RESPONSE in opposition to the Deft's 11 MOTION for Summary Judgment by Jose Quinones filed. (Finn, Mary) (Entered: 03/04/2005) |
| 03/04/2005 | 15 | Pltf's AFFIDAVIT of Jose Quinones in Opposition to the Deft's 11 MOTION for Summary Judgment by Jose Quinones filed.. (Finn, Mary) (Entered: 03/04/2005) |
| 04/14/2005 | | Motions Taken Under Advisement: 11 MOTION for Summary Judgment (Healy, Bethaney) (Entered: 04/14/2005) |
| 07/14/2005 | 16 | Judge Kenneth P. Neiman : MEMORANDUM AND ORDER entered GRANTING the Deft's motion for S/J - 11; cc/cl. (Finn, Mary) (Entered: 07/14/2005) |
| 07/14/2005 | 17 | Judge Kenneth P. Neiman : JUDGMENT for the Deft. pursuant to the Memorandum and Order of the Court entered this date granting the Deft's motion for S/J; cc/cl. (Finn, Mary) (Entered: 07/14/2005) |
| 08/12/2005 | 18 | NOTICE OF APPEAL as to 16 Memorandum and Order on Motion for Summary Judgment, 17 Judgment by Jose Quinones filed. Filing fee of $255.00 paid. Receipt number 306021. Copy to Counsel. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/1/2005. (Finn, Mary) (Entered: 08/12/2005) |
| 08/12/2005 | | Original file and docket sheet forwarded to the Appeals Clerk. (Finn, Mary) (Entered: 08/12/2005) |