# United States Court of Appeals
## For the First Circuit

04-30111
Massachusetts
K. Neiman

No. 05-2246



JOSE QUINONES,

Plaintiff, Appellant,

v.

HOUSER BUICK,

Defendant, Appellee.

**JUDGMENT**

Entered: February 2, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Calardo
Deputy Clerk
Date: 2-24-06

By the Court:

RICHARD CUSHING DONOVAN
Richard Cushing Donovan, Clerk

[cc: Mr. Weiner and Mr. Sikorski.]